PATRICIA H. BENSON (SBN 60565)
  phb@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
NAOMI STRAUS (SBN 287804)
  nxs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiff
Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>ACTIVISION TV, INC., a Delaware Corporation; AD MEDIA DISPLAYS, INC., a Wyoming Corporation; DAVID GOTHARD, an individual,<br><br>              Defendants. | CASE NO. CV12-8964-GW (JEMx)<br><br>Honorable George H. Wu<br><br>**DECLARATION OF JON ESTANISLAO IN SUPPORT OF PLAINTIFF ACTIVISION PUBLISHING, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        July 1, 2013<br>Time:        8:30 a.m.<br>Ctrm.:        10 |

Mitchell
Silberberg &
Knupp LLP

# DECLARATION OF JON ESTANISLAO

I, Jon Estanislao, declare as follows:

1.      I am the Senior Director, Global Digital and Mobile Sales for Activision Publishing, Inc. ("Activision").  I have been employed at Activision, in various roles, since 2002.  In my current position, I am responsible for digital sales strategy and distribution, including managing Activision's business strategy for emerging digital platforms.  I also have been involved in a variety of other aspects of Activision's business operations over the years, including managing relationships with distributors and content partners.

2.      I make the following declaration based on my personal knowledge or on my review of business records maintained by Activision in the ordinary course of business.  If called as a witness, I would and could completely testify to the matters set forth in this declaration.

3.      Activision is a Delaware corporation, with its principal place of business at 3100 Ocean Park Boulevard, Santa Monica, CA 90405.  Activision is a video game publisher, in the business of producing, developing, publishing, marketing, and distributing a catalog of video games.  Activision is a subsidiary of Activision Blizzard Inc., whose holdings include the video game publisher Blizzard Entertainment, Inc., publisher of the online game "World of Warcraft." Activision currently is the largest video game publisher in the world, with operations in the United States, Canada, the United Kingdom, France, Germany, Ireland, Italy, Sweden, Spain, the Netherlands, Australia, South Korea, and China.

5337461.2

4.    In this declaration, I will provide a broad overview of Activision's products, distribution methods, and the integration of Activision's games and the Internet.  First, I will briefly describe Activision's 30 year history.  Second, I will discuss the various ways in which Activision distributes its video games and related products.  Third, I will discuss the relationship between Activision games and the Internet, including the way in which its games are played online.  Finally, I will briefly discuss some emerging media platforms that are part of Activision's business plans and some of the ways in which Activision is working to adapt its products to the changing technological environment.

<u>A Brief History of Activision</u>

5.    Activision was founded in 1979 by three computer programmers formerly employed by the video game company Atari, and met with almost immediate success.  At the time of its creation, video games were produced and published exclusively by the makers of the video game consoles, such as Atari. Activision was one of the first "third-party developers" of video games – that is, a company that develops video games for other companies' game systems.

6.    Throughout the three decades of Activision's existence, the Activision brand name has been used continuously by Activision, on hundreds of products, which have been purchased by millions of consumers.  The Activision brand has a recognition in the video game industry unmatched by any other third-party video game developer.

**The 1980s**

7.    Activision released its first set of games, for the Atari 2600 console, in

1    1980.  In the early 1980s, Activision released more than two dozen games for the

2    Atari console and other early video game consoles, the most notable of which were

3    "River Raid," "Kaboom!" "Pitfall!" and "Barnstorming."  "Pitfall!" was the second

4    best-selling game ever released for the Atari 2600 console (after Pac-Man).  These

5    games were among the best-selling games for the Atari 2600 console, and sold

6    more than 4 million copies.

7

8        8.    Activision's early 1980s games were sold as physical cartridges to be

9    inserted into game systems, connected to a television.  These games were marketed

10   and sold under the Activision name and brand, consisting both of the word

11   ACTIVISION and, in many instances, the ACTIVISION logo (depicted below).

12

13

14   # ACTIVISION ®

15

16

17   In each of these games, the ACTIVISION name and/or logo appeared on the front

18   of the box at the top (sometimes with the phrase "ACTIVISION PRESENTS"), on

19   the back of the box, and on the cartridge itself.  Additionally, the Activision logo

20   appeared in the "Start" screen in which the player was prompted to press a button

21   to start the game.  Images on the front and back of the box often depicted the game

22   or artwork in a rounded box, reflecting the shape of a television set.  True and

23   correct copies of Activision's catalogs from 1981 through 1983, reflecting a

24   variety of Atari and other console releases, are attached hereto as **Exhibit 1**.

25

26       9.    In addition to its console releases, in the early and mid-1980s,

27   Activision released a number of computer games and other software products for

28   early computers such as the Amiga, Commodore 64, Atari 800, and Apple II.

5337461.2                                    3

1   Some of the most well-known of these were the games "Die Hard,"

2   "Ghostbusters," and "Little Computer People."  All of these games were sold in

3   boxes bearing the word mark ACTIVISION.  True and correct copies of exemplar

4   images of packaging from these 1980s computer releases is attached hereto as

5   **Exhibit 2**.

6

7        10.    By the end of the 1980s, Activision had released several hundred

8   games for virtually every computer and console system that existed at the time,

9   including the Apple Macintosh and DOS personal computers and console systems

10   by Atari, Nintendo, and Sega.

11

12   **The 1990s**

13

14        11.    Activision's commercial success continued into the 1990s, even after

15   the closing of Atari and the end of the first wave of game consoles.  In the 1990s,

16   Activision released some of the most critically acclaimed and cutting-edge PC

17   game titles ever created.  Among the most notable of these were the

18   "MechWarrior" games ("MechWarrior" and "MechWarrior 2"), "Heavy Gear,"

19   "Quake II" and "Quake III Arena." Attached hereto as **Exhibit 3** are true and

20   correct copies of exemplar images of packaging from these 1990s releases.

21

22        12.    Games released in this time period were among the first to utilize on-

23   line multiplayer features.  That is, players could connect to each other using an

24   Internet connection or LAN (local area network) connection and engage in

25   cooperative or competitive play.  The multiplayer elements of the Quake games

26   became so popular that they became the focus of professional and semi-

27   professional video game (or "e-sports") matches around the world.

28

4

**The 2000s**

13.    By the late 1990s, dedicated game consoles began to reemerge as the dominant video game platform with the launch of Sony's PlayStation console and the Nintendo GameCube and Nintendo 64.  Activision was at the forefront of these emerging game platforms, while continuing to produce games for Windows PCs.  During the 2000s, and continuing to the present, Activision produced games for every major video game console, including every iteration of Sony's PlayStation console, Microsoft's Xbox and Xbox 360, the Sega Saturn and Dreamcast, and the Nintendo Wii and handheld DS system.  All of these consoles are played by connecting them to a television set or video monitor.

14.    Activision's console releases span a variety of genres.  Its releases include racing and sports games, such as a NASCAR series of games and "Tony Hawk" skateboarding games; "first person shooter" games such as the "Call of Duty" and "Wolfenstein" series; action and arcade games; role-playing games; music games such as "Guitar Hero" and "DJ Hero," and children's games.  Attached hereto as **Exhibit 4** are images of a variety of Activision console games.

15.    Activision's catalog of contemporary titles include game franchises that are among the best-selling and most innovative games of all time.  Among Activision's premier franchises over the past several years are the "Guitar Hero," "Call of Duty," and "Skylanders" series of games.

(a)    In 2005, the publisher RedOctane launched the original "Guitar Hero" and Activision subsequently acquired RedOctane in 2006.  Guitar Hero was the first game of its kind, and revolutionized video gaming by replacing the traditional handheld controller with a guitar-shaped controller, thereby enabling the player to

emulate the fantasy of being a guitar player in a rock-and-roll band.  "Guitar Hero"
was followed by a number of sequels and expansions, including "Guitar Hero III:
Legends of Rock" and "Band Hero" (which expanded the experience to include
drums, vocals and bass guitar).  The "Guitar Hero" games received numerous
"Game of the Year" awards, sold millions of copies, and became one of the best-
selling video game franchises of all time.  Activision has licensed "Guitar Hero"
for use in an arcade cabinet and for use in mobile games.

(b)    In 2003, Activision released "Call of Duty," a first-person shooter
game set in the battlefields of World War II.  "Call of Duty" was followed by
numerous sequels and spin-offs, including "Call of Duty: Modern Warfare" (and
its two sequels) and "Call of Duty: Black Ops" (and its sequel).  Each "Call of
Duty" games broke all preexisting sales records and the series has become the best-
selling video game franchise of all time.  In fact, the most recent "Call of Duty"
game (Black Ops II), sold more than 11 million copies on its first week of release.
In 2012, the "Call of Duty" franchise achieved cumulative life-to-date revenues of
approximately $8 billion.  The "Call of Duty" games are currently the most played
games on the Xbox Live service.  Activision has licensed the "Call of Duty" brand
for a variety of products, such as clothing, video game hardware and accessories,
and branded-Xbox consoles.

(c)    In 2011, Activision released "Skylanders: Spyro's Adventure."
"Skylanders" again revolutionized video games by integrating into the game
experience a line of toy figurines.  The figurines, when placed on a "portal"
attached to a game console, "come to life" within the video game.  The progress
and advancements of each character are saved to the figurine, thereby allowing the
figurines to be carried from one console to another.  Skylanders figurines are sold
at major retail outlets such as Target and Wal-Mart and are marketed to appeal to a

1   wide variety of consumers, including children, casual video game players, and toy

2   collectors.  Skylanders and its sequel ("Skylanders Giants") were among the best-

3   selling children's games in 2011 and 2012.

4

5       True and correct copies of images of the packaging from certain "Guitar

6   Hero," "Call of Duty" and "Skylanders" products are attached hereto as **Exhibits**

7   **5, 6, and 7**.

8

9       16.    Activision has released many games based on motion picture or

10  television properties.  These include games related to the movies "Toy Story,"

11  "Tarzan," "Kung-Fu Panda," "Shrek," "James Bond" and television shows such as

12  "Star Trek," "The Simpsons," and "Wipeout."  Activision also has released several

13  comic-book and superhero tie-in games under license from Marvel, including a

14  series of "Spiderman" and "X-Men" games.  True and correct copies of images of

15  the packaging of certain of these games are  attached hereto as **Exhibit 8**.

16

17      17.    Activision currently is the largest game company in the world, with a

18  catalog of several hundred video game and related products for nearly every video

19  game platform.  Activision releases between 20 and 50 video game titles each year

20  and its worldwide sales of those games are in the billions of dollars.

21

22      18.    As has been Activision's practice since the 1980s, each and every

23  Activision title prominently displays the ACTIVISION name and logo, including

24  on the front of the game box, on the back of the box, on the game media (CD-rom,

25  DVD, or cartridge), and on launch or loading screens before the game starts.

26  Additionally, since the early 2000s, each and every Activision title sold through

27  digital download partners and retailers prominently displays the ACTIVISION

28

1    name and logo on the respective game pages, and on launch or loading screens

2    before the game starts.

3

4                    **Activision's Distribution of Its Products**

5

6            19.    Activision distributes its products in several ways and through several

7    different channels.

8

9            20.    Physical Distribution.  Activision distributes its games on physical

10    media, such as cartridges, CDs, DVDs, or Blu-ray Disc.  These products are sold

11    via "brick-and-mortar" stores, including specialized video game stores such as

12    Gamestop, electronics stores such as Best Buy, toy stores such as Toys R Us, and

13    retail stores such as Target and Wal-Mart.  They also are sold via on-line retailers

14    such as Amazon.com.  A true and correct copy of an image of an Activision

15    product offered for sale on Amazon.com is attached hereto as **Exhibit 9**.

16

17            21.    Digital Distribution.  An increasingly growing segment of

18    Activision's distribution is through on-demand digital downloads over the Internet.

19    In 2012, nearly 30% of Activision's PC game sales were via digital download

20    services.  Current popular titles such as the "Call of Duty" games are made

21    available on services such as Valve's Steam system or Amazon's Digital Games

22    service.  Several "classic" or older Activision games (such as "Vampire: The

23    Masquerade" and "Spycraft") also are made available for digital download on

24    services such as gog.com.  Console versions of Activision games also are available

25    for download on services such as Xbox Live and the PlayStation Network.

26    Activision has entered into license agreements with these entities for the

27    distribution of its products on these services.  Activision expects that within the

28    next five years, digital downloads will be equal or be greater than physical

5337461.2                                    8

purchases of video games.  True and correct copies of portions of Activision's license agreements with the digital services Steam and Microsoft are attached hereto as **Exhibit 10**.  True and correct copies of screen captures reflecting the availability of several Activision games for digital download on the Steam network, Xbox Live, and gog.com are attached hereto as **Exhibit 11**.

22.    <u>Add-Ons and Downloadable Content.</u>  In addition to its core video game products, Activision sells expansions, add-ons, and enhancements to its games, such as "map packs," which provide the player with additional game levels.  These products are sold digitally over the Internet on services such as Xbox Live, PlayStation Network, and Steam.  A true and correct copy of a screen capture reflecting the availability and purchase of downloadable content on Xbox Live is attached hereto as **Exhibit 12**.

23.    <u>Web-based and Browser Games.</u>  Activision offers several web-based games, which can be played from nearly any device using a standard Internet browser without the need for the game to be downloaded.  For example, Activision offers several browser-based "Skylanders" games on its website www.skylanders.com/onlinegames.  A true and correct copy of a screen capture reflecting the Skylanders browser-based games is attached hereto as **Exhibit 13**.  I have been advised that the Activision TV in-room system is able to receive and play browser-based games, such as those available on the PBS Kids website.  If that is the case, then there is no reason why Activision browser-based games (including Skylanders) would not also be playable on the system.

24.    <u>Mobile and Handheld.</u>  Activision sells a number of products for mobile and handheld devices.  For example, Activision has released and sells a (reimagined) version of "Pitfall!" for the iPhone and iPad.  Other mobile games

1   include iOS (Apple) and Android tie-ins to the "Call of Duty" and "Skylanders"

2   series of games.  True and correct copies of screen captures reflecting the

3   availability of Activision games for iOS devices are attached hereto as **Exhibit 14**.

4   In addition to the foregoing, Activision offers a mobile version of its "Call of

5   Duty" social networking and "stat tracking" service, "Call of Duty: Elite"

6   (described below) for iOS and Android devices.

7

8   <u>**Activision's Online and Social Networking Services**</u>

9

10  25.    For nearly 20 years, Activision games have been playable online over

11  the Internet and via local area network ("LAN") connections, and for more than 10

12  years have been playable through services such as the PlayStation Network, Xbox

13  Live, and Valve's Steam system.

14

15  26.    One of the first of Activision's games containing online multiplayer

16  functionality was 1995's "Mechwarrior 2."  That game allowed players to compete

17  with each other using a local-area network ("LAN") connection or over an Internet

18  connection.  By the late 1990s, online multiplayer functionality was an integral

19  part of many Activision games.  (In fact, 1999s "Quake III Arena" was a

20  multiplayer-only game and did not contain any single-player "campaign.")

21

22  27.    Many of Activision's current releases contain robust multiplayer

23  modes that allow players to compete with each other in a variety of game types,

24  such as "capture the flag" or "deathmatch."  The "Call of Duty" games, in

25  particular, are known for their high-quality, high-intensity multiplayer modes, and

26  "Call of Duty" players have spent millions of hours playing the game's multiplayer

27  modes.

28

28.    Two software components are necessary for multiplayer games:  a "client" and a "server."  The "client" software is the video game software itself that is installed on a player's computer or video game console.  The "server" is a remote location that transmits data between and among players and their individual clients.  In other words, when a player performs an action in a video game, that action is registered with the server, which transmits the information to all of the other players engaged in the game.  For many years, Activision has provided multiplayer servers dedicated to its games.  In order to play Activision games, users must "log on" to these servers using a player account (such as an Xbox Live account).  The Activision server then handles all of the various functions that enable the Activision games to be played online.

29.    In 2011, Activision launched a service known as "Call of Duty Elite." "Call of Duty Elite" is a premium "Call of Duty" online multiplayer service that provides a number of social networking and other functions related to Call of Duty multiplayer games.  Call of Duty Elite services are provided via a web browser or a free software App that can be installed to an Xbox 360, mobile phone, iPad, or computer.  Once installed, and an Elite account is created, the player can view his or her game statistics (e.g. the number of hours played, the number of matches won and lost, which badges or awards have been unlocked, etc.), create "clans" (i.e. teams) and chat with clanmates, participate in competitions, watch videos with gameplay tips and strategies, and find opponents or matches.  True and correct copies of screenshots from the primary web page for "Call of Duty: Elite" are attached hereto as **Exhibit 15**.

## Emerging Digital Platforms and Distribution Methods

30.     As discussed above, digital distribution has become an increasingly important part of Activision's overall business model.  Activision expects that with the next generation of video game consoles, such as Xbox One and PlayStation 4, the percentage of sales made via digital services will increase.  We anticipate that distribution of games via Blu-ray disc or DVD will be a shrinking part of the overall market.  Additionally, add-on and downloadable content is now a standard feature of many video games, including Activision's best-selling titles.  Thus, we consider downloadable content to be an integral part of our games as a whole.

31.     In addition to the standard and long-established distribution methods used by Activision and other game companies, such as physical distribution and digital downloads, Activision continues to analyze and evaluate a variety of new methods of distribution.  One distribution model that has been regularly considered and evaluated by Activision is on-line streaming or cloud computing.  In this model, the game itself would not need to be downloaded onto a local hard drive.  Rather, the game is stored on the "cloud" or on a remote server and content is digitally streamed to a user's computer, console, or mobile device on demand.  The advantage of this method of distribution is that it is not dependent upon the hardware being used to access the stream.  Thus, games can be viewed and played on platforms such as tablet computers or ultrabooks that do not possess the type of processing power or hardware needed to drive high-end video games.

32.     Activision also has been continuing to analyze and evaluate distribution of its products via downloadable "Apps."  Activision currently distributes a number of iOS and Android Apps.  Activision also has been exploring ways to bring its entertainment content to consumers through other home

12

entertainment devices, such as internet-enabled television sets or set-top cable or satellite boxes.  Activision currently is in talks with the maker of one internet-enabled television set to provide its games or other content via the television, without the need for a dedicated console or gaming device.

33.     Additionally, as consumers engage in consumption of interactive entertainment on a variety of devices, Activision has been contemplating a variety of ways in which to integrate its products across platforms.  For example, "Call of Duty" players can track their statistics and engage in other game-related social networking online.  Activision plans to further expand the integration of video games and mobile devices in its forthcoming games, such as by providing social networking, mobile access to online events, or mobile versions of games that tie into console versions of that game.

34.     Another avenue that is continuing to be explored in the video game industry, including by Activision, is the further integration of video game content and other forms of content such as motion pictures and television shows.  Recent games such as "Defiance" (in which a game and television show take place in a parallel universe, with events in the game potentially impacting the television show) have illustrated the possibility of true convergence of these media.  With new consoles such as Xbox One touting the ability to seamlessly transition between television and video games, Activision is continuing to explore the possibilities of integrating video game content with television or motion picture content.  The possibilities range from participatory televised e-sports matches to video games that are designed to be played on one screen while additional related content is being displayed on another screen (such as an iPad).

35.    Activision products currently and in the future transcend what traditionally has been thought of as "video games." Many of Activision's products integrate single-player gameplay, multiplayer gameplay, social networking, and mobile phone apps. Many of our products are also playable anywhere, on a multitude of devices and platforms, allowing our customers to participate in entertainment experiences whether they are home or traveling. Moreover, as content migrates to the "cloud," travelers will be able to easily access their games and home entertainment from any location equipped with an Internet connection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __3__ day of June, 2013, at Santa Monica, California.


Jon Estanislao

5337461.2

# EXHIBIT 1



OPP 001558

## SPORTS CHALLENGES

### ACTIVISION.
### BOXING
VIDEO GAME CARTRIDGE



FOR USE WITH THE
ATARI VIDEO GAME SYSTEM



**Designed by Bob Whitehead.** At the sound of the bell, come out swinging. Go toe to toe with the Activision computer or a friend. It's fast and furious action that's sure to leave you exhausted. But, be careful! Don't get pinned to the ropes. Knock-outs are part of the action, too! Honorable Mention, 1981 Arcade Alley Awards: Best Head-to-Head, Best Sports, Most Innovative Game.

### ACTIVISION.
### TENNIS
VIDEO GAME CARTRIDGE



FOR USE WITH THE
ATARI VIDEO GAME SYSTEM



**Designed by Alan Miller.** Never wait for a court again. Tennis by Activision offers all the challenge and excitement of tennis right on your own TV. Charging players can rush the net, lay back and play the baseline, or roam the court. It's tennis action so remarkably real, the ball's even got a shadow. Loads of fun for all game fans.

### ACTIVISION.
### FISHING DERBY
VIDEO GAME CARTRIDGE



FOR USE WITH THE
ATARI VIDEO GAME SYSTEM



**Designed by David Crane.** A relaxing afternoon at the ol' fishing hole? Not quite. The bay's full of beautiful sunfish alright, and all you have to do is land 'em faster than your opponent. But there's just one small hitch. Watch out for that shark! His voracious appetite makes Fishing Derby™ by Activision a constant challenge. 1981 Arcade Alley Award Winner, Best Audio and Visual Effects.

### ACTIVISION.
### SKIING
VIDEO GAME CARTRIDGE



FOR USE WITH THE
ATARI VIDEO GAME SYSTEM



**Designed by Bob Whitehead.** Challenge yourself to a wide variety of high-speed downhill or slalom runs. Trees and mogul rush by as you race through the courses. Designed for everyone from novice to pro. Why, even if you hate snow, you'll love the fun of Skiing by Activision. 1981 Arcade Alley Award Winner, Best Solitaire Game.

OPP 001559

# ACTION GAMES

## LASER BLAST
VIDEO GAME CARTRIDGE




**Designed by David Crane.** Presenting a space shoot-out the likes of which you've never seen or heard before. As Commander of a fleet of intergalactic spacecraft, you come upon some very unfriendly alien types. Get them before they get you and you're awarded points. Brilliant colors and startling sound effects put Laser Blast™ light years ahead of any other space video game.

## KABOOM!
VIDEO GAME CARTRIDGE




**Designed by Larry Kaplan.** It looks very simple. You have three buckets of water. The cute little guy up on the wall has a whole bunch of bombs. He tosses the bombs, and you catch them. Like we said, "Very simple." P.S. Before you know it, bombs are falling at a rate of 13 per second! Is the hand really quicker than the eye? Try Kaboom!™ by Activision and find out.

## FREEWAY
VIDEO GAME CARTRIDGE




**Designed by David Crane.** You see, there's this chicken. And he decides he wants to cross the road. Familiar story, right? Except, this time the road is a freeway, and it's rush hour! Your task is to guide the poor chicken to the other side of the freeway. Get the picture? And, if you get the game, you'll agree there's never been anything like Freeway™ by Activision.

## DRAGSTER
VIDEO GAME CARTRIDGE




**Designed by David Crane.** Watch the countdown, shift gears, pop the clutch and burn rubber! You can rev your engine, but be careful not to blow it. True-to-life sound effects and grueling competition bring all the action of the dragstrip right into your living room!

OPP 001560



OPP 001561



OPP 001562

# SUPER GAME CARTRIDGES DESIGNED FOR USE WITH THE ATARI* VIDEO GAME SYSTEM.

Ready for a challenge? This is it. Presenting the complete catalog of exciting video game cartridges from Activision.™

Love the thrill of realistic sports competition? Then, better warm up. Got your sights set on a little intergalactic space squabble? O.K., prepare for blast off. Or, maybe you just live for a good game of bridge or checkers? If so, grab a chair. Because your every wish is just an Activision game cartridge away.

## HOW IT'S DONE.

The Activision game designers are the world's leading innovators in the field. Each designer brings to his creations a unique, personal touch. The result? Well, you might say each Activision game has a real personality all its own.

It's just impossible to describe exactly how realistic Activision video games really are. So, you'll just have to see for yourself. The proof's in the playing.

For the dealer nearest you, write:

Activision, Inc.
Customer Relations Dept.
3255-2 Scott Blvd.
Santa Clara, CA 95051

*Atari, Inc. is not related to Activision, Inc.

OPP 001563



**OPP 001564**



OPP 001565



OPP 001584



# ACTION GAMES





**Designed by Larry Kaplan.** It looks simple. You have three buckets of water. The guy on the wall has a bunch of bombs. He tosses the bombs, and you catch them. Before you know it, bombs are falling at a rate of 13 per second! Is the hand quicker than the eye? Try Kaboom!™ by Activision and find out. 1982 Arcade Alley Award Winner, Best Audio and Visual Effects.





**Designed by David Crane.** It's about this chicken who wants to cross the road. Familiar story? Except, this time the road is a freeway, and it's rush hour! Your task is to guide the poor chicken to the other side. Get the picture? And, if you get the game, you'll agree there's never been anything like Freeway™ by Activision. Honorable Mention, 1982 Arcade Alley Awards: Most Innovative Game.





**Designed by David Crane.** Presenting a space shoot-out the likes of which you've never seen or heard before. As Commander of a fleet of intergalactic spacecraft, you come upon some very unfriendly alien types. Get them before they get you and you're awarded points. Brilliant colors and startling sound effects put Laser Blast™ light years ahead of any other space video game. Honorable Mention, 1982 Arcade Alley Awards: Best Science Fiction Game.





**Designed by Bob Whitehead.** Ready for a little round-up? With Stampede™ by Activision, you'll have to ride fast and rope even faster. Those little dogies seem to be everywhere, and they're all worth points. But, be careful! Your ol' horse can get a little edgy, especially when you take your eyes off the trail. Head out West for hours of fun with Stampede!

OPP 001586

EX 1    PG 25

# STRATEGY GAMES




**Designed by Larry Kaplan.** Presenting the ultimate solitaire bridge game! Bridge by Activision deals hundreds of millions of hands at random and provides a computer partner who bids by the rules. After you've established a contract, the computer plays as your opponents. It's a great way to sharpen your skills. Never be without a bridge game again. It's heaven!




**Designed by Alan Miller.** Remember good ol' checkers? Well, Checkers Activision-style is a whole new challenge. There are three different skill levels to choose from. Warm up with novice, and then, when you're feeling brave, tackle the tougher levels. Your computer opponent plots the results of each of his available moves—and then picks the one that's toughest on you. You'll find the Activision computer a more-than-worthy opponent.

OPP 001587

# COMING THIS SPRING





**Designed by David Crane.** You've always had a secret fantasy about driving in the big race? Well, here's your very own Grand Prix.™ You'll steer a course around other drivers, ease by oil slicks, zoom across bridges, with time your foremost enemy. Plus all the sound and fury of the real thing. Gentlemen (and ladies), start your engines!





**Designed by Steve Cartwright.** Fasten your seatbelts! This flight is full of daredevil action. It's Barnstorming™ by Activision. A brilliant achievement in realistic video game graphics by Activision's newest designer, Steve Cartwright. Fly a biplane through barns, over windmills, and through flocks of geese. Here's where state-of-the-art game design meets seat-of-the-pants aviation.

Barnstorming and Grand Prix are available March 1982.

OPP 001588

# THE WORLD'S LEADING DESIGNERS OF VIDEO GAMES.



**Alan Miller.** The creator of Tennis and Checkers by Activision has done it again. Alan's newest game, Ice Hockey, is sure to become a classic.



**Larry Kaplan.** Larry's Kaboom!™ has become an all-time favorite, and was one of the biggest hits of 1981. Also the designer of Bridge by Activision.



**David Crane.** His first two games, Dragster™ and Fishing Derby,™ were smash hits. Then David outdid himself with Laser Blast™ and Freeway™ Now he's back on the road with Grand Prix™ Watch for it!



**Bob Whitehead.** After award-winners Boxing and Skiing by Activision, Bob came back with Stampede.™ And the winners just keep on coming.



**Steve Cartwright,** the newest member of the Activision design team. Steve's Barnstorming™ is truly a breakthrough in graphics and design. He's Rookie-of-the-Year!

OPP 001589

All Activision video game cartridges are
designed for use with the Atari® Video Computer
System™ and Sears Tele-Game™ Video Arcade®



For the dealer nearest you, write:
Activision, Inc.
Customer Relations Dept.
3255-2 Scott Blvd.
Santa Clara, CA 95051

Atari® and Video Computer System™ are trademarks of Atari, Inc.
Tele-Game™ and Video Arcade® are trademarks of Sears, Roebuck & Co.

©1982 Activision          Printed in U.S.A.          AG-940-08

OPP 001590





# THE ACTIVISION® ADVENTURE

Put an Activision® video game into your Atari® Video Computer System™ or your Sears Tele-Games® Video Arcade;™ and expect an experience incredibly involving for your mind and senses.

Sports games. Strategy games. Action games. And more. All so amazingly realistic, you'll truly believe —we put *you* in the game.



Atari® and Video Computer System™ are registered trademarks of Atari, Inc.
Tele-Games® and Video Arcade™ are trademarks of Sears, Roebuck and Co.

1

## COMING THIS FALL





**Available,
September 1982**

Designed by Steve Cartwright. This game is a space nightmare! Imagine, if you can, fighting off multiple waves of the strangest objects ever to defy the laws of gravity. And there's no rest. Celestial dice, spinning bow-ties, furious flying widgets and even hostile hamburgers. If it's not one "thing," it's another. And they can drop round after round of deadly disintegrators. You'd better hope you and your courage are wide awake when you play MegaMania™ by Activision.®





**Available,
September 1982**

Designed by David Crane. Seek out the lost treasures of an Ancient Civilization hidden deep within the forbidding jungle. Swing through trees, jump over bottomless pits and journey through underground passageways, avoiding the perils of the jungle— crocodiles and cobras, scorpions and quicksand. All to find the gold—in Pitfall!™ by Activision.®

2

## ACTION GAMES





Designed by Alan Miller. You're in the cockpit of a mighty intergalactic spacecraft. Your mission: Defend your starbases against attacking enemy starfighters. Galactic charts pinpoint enemy targets. Meteor showers slow your attack. And enemy particle cannons can quickly send you limping home to your orbiting starbase for repairs. Computer readouts reveal energy levels, ship damage and more. Without a doubt, Starmaster™ by Activision® is one of the most thrilling video game experiences of the year!





Designed by Bob Whitehead. You're flying escort for a truck convoy of medical supplies. Suddenly, enemy aircraft show up on your long-range scanner. Quickly, you whip your chopper around 180°, blanketing the sky with laser rockets. The enemy maneuvers brilliantly and responds with multi-warhead missiles. Chopper Command™ by Activision® could easily be the most demanding video battle ever conceived!

3

## ACTION GAMES





**1982 Arcade Alley Award Winner, Best Audio and Visual Effects.**

Designed by Larry Kaplan. It looks very simple. You have three buckets of water. The cute little guy up on the wall has a whole bunch of bombs. He tosses the bombs, and you catch them. Like we said, "Very simple." P.S. Before you know it, bombs are falling at a rate of 13 per second! Is the hand really quicker than the eye? Try Kaboom!™ by Activision® and find out.





**Honorable Mention, 1982 Arcade Alley Awards: Most Innovative Game.**

Designed by David Crane. You see, there's this chicken. And he decides he wants to cross the road. Familiar story, right? Except, this time the road is a freeway, and it's rush hour! Your task is to guide the poor chicken to the other side of the freeway. Get the picture? And if you get the game, you'll agree there's never been anything like Freeway™ by Activision.®

4

# ACTION GAMES





Designed by Bob Whitehead. Ready for a little round-up? With Stampede™ by Activision,® you'll have to ride fast and rope even faster. Those little dogies seem to be everywhere, and they're all worth points. But, be careful! Your ol' horse can get a little edgy, especially when you take your eyes off the trail. Head out West for hours of fun with Stampede!





Designed by Steve Cartwright. Fasten your seatbelts! This flight is going to be very rough and lots of fun. It's Barnstorming™ by Activision.® A brilliant achievement in realistic video game graphics by Activision's newest designer, Steve Cartwright. Fly a biplane through barns, over windmills, and through flocks of geese. Here's where state-of-the-art game design meets seat-of-the-pants aviation.

5

EX 1    PG  36

# ACTION GAMES




Designed by David Crane. Presenting a space shoot-out the likes of which you've never seen or heard before. As Commander of a fleet of intergalactic spacecraft, you come upon some very unfriendly alien types. Get them before they get you and you're awarded points. Brilliant colors and startling sound effects make Laser Blast™ an all-time space video classic.

**Honorable Mention, 1982 Arcade Alley Awards: Best Science Fiction Game.**

# SPORTS CHALLENGES




Designed by David Crane. A relaxing afternoon at the ol' fishing hole? Not quite. The bay's full of beautiful sunfish alright, and all you have to do is land 'em faster than your opponent. But there's just one small hitch. Watch out for that shark! His voracious appetite makes Fishing Derby® by Activision® a constant challenge.

**1981 Arcade Alley Award Winner, Best Audio and Visual Effects.**

6

## SPORTS CHALLENGES





Designed by Bob Whitehead. At the sound of the bell, come out swinging. Go toe to toe with the Activision® computer or a friend. It's fast and furious action that's sure to leave you exhausted. But, be careful! Don't get pinned to the ropes. Knock-outs are part of the action, too!

**Honorable Mention, 1981 Arcade Alley Awards: Best Head-to-Head, Best Sports, Most Innovative Game.**





Designed by Alan Miller. Never wait for a court again. Tennis by Activision® offers all the challenge and excitement of tennis right on your own TV. Charging players can rush the net, lay back and play the baseline, or roam the court. It's tennis action so remarkably real, the ball's even got a shadow! Loads of fun for all game fans.

**1982 Arcade Alley Award Winner, Best Competitive Game. Honorable Mention: Best Sports Game 1982.**

7

## SPORTS CHALLENGES





Designed by Bob Whitehead. Challenge yourself to a wide variety of high-speed downhill or slalom runs. Trees and moguls rush by as you race through the courses. Designed for everyone from novice to pro. Why, even if you hate snow, you'll love the fun of Skiing by Activision.®

**1981 Arcade Alley Award Winner, Best Solitaire Game.**





Designed by Alan Miller. Face off! Fight for the puck. Skate down ice past the defender for a slap-shot. Then, hurry back on defense as your opponent's goalie makes a remarkable save and a long pass to his forward. Here's fantastic head-to-head competition right at your fingertips. So real, it'll knock you off your skates!

8

## SPORTS CHALLENGES





Designed by David Crane. Watch the countdown, shift gears, pop the clutch and burn rubber! You can rev your engine, but be careful not to blow it. True-to-life sound effects and gruelling competition bring all the action of the dragstrip right into your living room!





Designed by David Crane. You've always had a secret fantasy about driving in the big race? Well, here's your very own Grand Prix.™ You'll steer a course around other drivers, ease by oil slicks, zoom across bridges, with time your foremost enemy. Plus all the sound and fury of the real thing. Gentlemen, start your engines.

9

## STRATEGY GAMES





Designed by Larry Kaplan. Presenting the ultimate solitaire bridge game! Bridge by Activision® deals hundreds of millions of hands at random and provides a computer partner who bids by the rules. After you've established a contract, the computer plays as your opponents. It's a great way to sharpen your skills. Never be without a bridge game again. It's heaven!





Designed by Alan Miller. Remember good ol' checkers? Well, Checkers Activision-style is a whole new challenge. There are three different skill levels to choose from. Warm up with novice, and then, when you're feeling brave, tackle the tougher levels. Your computer opponent plots the results of each of his available moves and then picks the one that's toughest on you. You'll find the Activision® computer a more-than-worthy opponent.

10

# JOIN THE ACTIVISION TEAMS

**The Few. The Proud. The Activision® All-Stars.** Many Activision games recognize high-scoring players with special insignia. Consult the various game instruction booklets for details on how to become a member of one of these elite organizations.



11

# WORLD'S LEADING DESIGNERS OF VIDEO GAMES.



**Alan Miller.** The creator of Tennis, Checkers, and Ice Hockey, by Activision® has done it again. StarMaster™ is sure to become the most incredible video game experience of the year.



**Bob Whitehead.** After award-winners Boxing and Skiing by Activision,® Bob came back with Stampede™ Now, he's taken to the air with Chopper Command™



**Larry Kaplan.** Larry's Kaboom!™ has become an all-time favorite, and was one of last year's biggest hits. Also the designer of Bridge by Activision.®



**Steve Cartwright.** The newest member of the Activision Design team. Steve's Barnstorming™ was truly a breakthrough in graphics and design. His newest game, MegaMania,™ is guaranteed to keep you wide awake.



**David Crane.** His first two games, Dragster® and Fishing Derby,® were smash hits. Then David out-did himself with Laser Blast,™ Freeway™ and Grand Prix.™ Now, David journeys through the jungle for his latest adventure, Pitfall!™ by Activision.®

12



# ACTIVISION.

For the dealer nearest you, write:
Activision, Inc.
Customer Relations Dept.
3255-2 Scott Blvd.
Santa Clara, CA 95051

© 1982 Activision, Inc.    Printed in U.S.A.    AG-940-9



OPP 001551

# SPORTS CHALLENGES



Designed by Bob Whitehead. At the sound of the bell, come out swinging. Go toe to toe with the Activision computer or a friend. Jab, punch, bob and weave. Listen to the thud of those gloves. It's fast and furious action that's sure to leave you exhausted. But be careful! Don't get pinned to the ropes. Knock-outs are part of the action, too!



Designed by Bob Whitehead. Challenge yourself to a wide variety of high speed downhill or slalom runs. Trees and moguls rush by as you race through the courses. Designed for everyone from novice to pro. Why, even if you hate the snow, you'll love the fun of Skiing by Activision™



Designed by David Crane. A relaxing afternoon at the ol' fishing hole? Not quite. The bay's full of beautiful sunfish alright, and all you have to do is land 'em faster than your opponent. But there's just one small hitch. Watch out for that shark! His voracious appetite makes Fishing Derby™ by Activision a constant challenge.



Designed by Alan Miller. Never wait for a court again. Tennis by Activision™ offers all the challenge and excitement of remarkably real tennis right on your own TV. Charging players can rush the net, lay back and play the baseline or roam the court. It's tennis action so real, the ball's even got a shadow. Loads of fun for all game fans!

OPP 001552

# CHOOSE YOUR CHALLENGE!

## STRATEGY GAMES





**Designed by Larry Kaplan.** Presenting the ultimate solitaire bridge game. It deals hundreds of millions of hands at random and provides a computer partner who bids by the rules. After you've established a contract, the computer plays as your opponent. Never be without a bridge game again. It's heaven!

**Designed by Alan Miller.** Remember good ol' checkers? Well, Checkers Activision-style is a whole new challenge. There are three different skill levels to choose from. Warm up with novice, and then when you're feeling brave, try and tackle the tougher levels. We're sure you'll find the Activision computer a more-than-worthy opponent.



## ACTIVISION™
## VIDEO GAME CARTRIDGES

For the dealer nearest you, write:    **Activision
Customer Relations Dept.
3255-2 Scott Blvd.
Santa Clara, CA 95051**

OPP 001553

## ACTION GAMES



**Designed by David Crane.** Watch the countdown, shift gears, pop the clutch and burn rubber. You're in the driver's seat. You can rev your engine but be careful or you'll blow it. True-to-life sound effects and gruelling competition bring all the action of the dragstrip right into your living room. It's a race to the finish with Dragster™ by Activision.



**Designed by David Crane.** Presenting a space shoot-out the likes of which you've never seen or heard before. As Commander of a fleet of intergalactic spacecraft, you come upon some very unfriendly alien types. Get them before they get you and you're awarded points. Brilliant colors and startling sound effects put Laser Blast™ light years ahead of any other space video game.

## COMING SOON



**Designed by David Crane.** You see, there's this chicken. And he decides he wants to cross the road. Familiar story, right? Except this time the road is a freeway and it's rush hour! Your task is to guide the poor chicken to the other side of the freeway. Get the picture? And if you get the game, you'll agree there's never been anything like Freeway™ by Activision. Available Summer 1981.



**Designed by Larry Kaplan.** It looks very simple. You have three buckets of water. The cute little guy up on the wall has a whole bunch of bombs. He tosses the bombs and you catch them. Like we said, "Very simple." P.S. Before you know it, bombs are falling at a rate of 13 per second! Is the hand really quicker than the eye? Try Kaboom!™ by Activision and find out. Available Summer 1981.

OPP 001554

# SUPER GAME CARTRIDGES FOR YOUR ATARI® VIDEO COMPUTER SYSTEM.™

**READY FOR A CHALLENGE?** This is it. Presenting the complete catalog of exciting video game cartridges from Activision.™

Love the thrill of realistic sports competition? Then, better warm up. Got your sights set on a little intergalactic space squabble? O.K., prepare for blast off. Or, maybe you just live for a good game of bridge or checkers? If so, grab a chair. Because your every wish is just an Activision game cartridge away.

**HOW IT'S DONE.** The Activision game designers are probably the world's leading innovators in the field. Each designer brings to his creations a unique, personal touch. The result? Well, you might say each Activision game has a real personality all its own.

**THE PROOF'S IN THE PLAYING.** It's just impossible to describe exactly how realistic Activision video games really are. So, you'll just have to see for yourself. With such incredible games, we're sure you'll quickly see why we say Activision beats the real thing!

This is the Video Computer System™ by Atari.® Activision game cartridges are designed for use with this system and are also compatible with the Sears Tele Game™ Video Arcade.®



Atari® and Video Computer System™ are trademarks of Atari, Inc.
Tele-Game™ and Video Arcade® are trademarks of Sears Roebuck & Co.

OPP 001555

# THE WORLD'S LEADING DESIGNERS OF VIDEO GAMES.



**ALAN MILLER.** A true competitor. Maybe Alan's so good at creating challenging games because he loves to play them so much. He's the designer and undisputed champion of Checkers and Tennis by Activision™—and there's nothing like a man happy in his work.



**DAVID CRANE.** You could say David has a vivid imagination. His first two games, Dragster™ and Fishing Derby,™ were instant hits. Then David went up into space to create Laser Blast™ and came back to street level for Freeway.™ David loves to tackle assignments that seem impossible.



**LARRY KAPLAN.** Larry is a game design perfectionist. You'd have to be to design Bridge by Activision,™ which has millions of variations. After completing Bridge, Larry then created the new and hilarious video game, Kaboom!™ So he's gone from bridge to bombs. Nobody ever accused Larry of having a one track mind.



**BOB WHITEHEAD.** Bob's games are particularly popular with those folks who enjoy realistic sports action. Take Boxing and Skiing. Both games truly capture the thrills and occasional spills of the real thing. Keep your eyes peeled for his newest creation to be unveiled in the Fall of 1981.

©1981 Activision.

AG-940-05

OPP 001556



**ACTIVISION** ®

VIDEO GAME CARTRIDGE CATALOG.

WINTER/SPRING 1983

FOR USE WITH

THE ATARI® 2600
VIDEO COMPUTER SYSTEM™
AND INTELLIVISION® SYSTEMS.

WE PUT YOU IN THE GAME.

OPP 001759

# THE ACTIVISION® ADVENTURE

The moment you insert an Activision® video game into your Atari® 2600™ Video Computer System™ or your Sears Tele-Games® Video Arcade,™ you will embark on adventure that will leave other home video games far behind.

You will experience a world that totally encompasses your mind and senses. A world of incredibly involving Sports games, Strategy games and Action games.



Atari® 2600™ and Video Computer System™ are trademarks of Atari, Inc.
Tele-Games® and Video Arcade™ are trademarks of Sears, Roebuck and Co.

1

OPP 001760

## NEW FOR USE WITH THE ATARI® 2600 SYSTEM™





**Now available**

Designed by Carol Shaw. Your mission is to destroy enemy bridges, ships, aircraft and fuel depots along a heavily fortified inland waterway. And it won't be pretty, because you'll be coming in low, through a narrowing valley, and the enemy will be throwing everything it has at you. You'll really have to earn your wings with River Raid™





**Now available**

Designed by Larry Miller. Monstrous spiders are determined to turn your peaceful orchard into a war zone. They spring into action, laying eggs that quickly turn into fearsome fighters. Your remote control bug blaster zaps them into bug heaven, if they don't get you first. Vibrant graphics, spooky sounds, and enough challenge to "bug" the most dedicated video game player.

2

OPP 001761

EX 1    PG    54

# NEW FOR USE WITH THE ATARI® 2600 SYSTEM™





**Coming in February 1983**

Designed by Steve Cartwright. Get your sea legs, because this new submarine adventure game has just been launched. Your divers have finally located the greatest sunken treasure on the ocean floor, but getting back to the mother ship could get a little tricky. Your men have been spotted by a fleet of pirate scavengers and if they don't get 'em, the killer sharks might.





**Coming in March 1983**

Designed by Mike Lorenzen, with three oinks and a growl. Three portly porkers are worried about their houses. No, they're not going condo, but the wolf is at the door and he's blowing like crazy. First, there's a house of straw, then one of wood, and then one of brick. They're all victims of the wolf's incredibly bad breath. Unless, of course, the home-owning oinkers can repair the damage faster than the wolf can cause it. Home remodeling has at last, become a ball.

3

OPP 001762

# NEW FOR USE WITH THE ATARI® 2600 SYSTEM™





Designed by Matthew Hubbard, Dolphin™ is ready to ride the wave. Make way for the first game to use sound effects to let you know of off-screen hazards and escape routes that are looming ahead. You're being chased by a hungry sea monster. As the sun moves across the horizon, you must make your way through schools of sea horses and try to catch the power of the magic seagull. Being chased by a sea monster has never been this exciting before.

**Coming in April 1983**





Designed by Garry Kitchen to floor you. Start with one greedy burglar. Next, put him in "Burglar-Heaven," in this case, a large, metropolitan department store. He starts swiping things, of course. But wait, you're the blue clad, perplexed policeman with a bowler hat assigned to stop him. From floor to floor, up and down escalators and elevators, the stumbling, bumbling, fumbling, chase is on. For people who love video games, this is exactly the right department.

**Coming in April 1983**

4

OPP 001763

# ACTION GAMES





Designed by Bob Whitehead. A devilishly dangerous air race! In your effort to break the speed record, you'll bank around pylons, dodge tree tops and zoom through passing clouds. Look out! Hot air balloons dead ahead! Sky Jinks™ has all the chills and spills of an old time air race. Just remember: There's no speed limit in the sky!





**1983 Arcade Awards: Most Humorous Home/Arcade Game.**

Designed by Steve Cartwright. This game is a space nightmare! Imagine, fighting off multiple waves of the strangest objects ever to defy the laws of gravity. Celestial dice, spinning bowties, furious flying widgets and even hostile hamburgers. And they drop round after round of deadly disintegrators. You'd better hope you and your courage are wide awake when you play MegaMania.™

5

OPP 001764

## ACTION GAMES





**1983 Arcade Awards: Best Video Game Adventure.**

Designed by David Crone. Seek out the lost treasures of an ancient civilization hidden deep within the forbidding jungle. Swing through trees, jump over bottomless pits and journey through underground passageways, avoiding the perils of the jungle — crocodiles and cobras, scorpions and quicksand. All to find the treasure — in Pitfall!™





**1983 Arcade Awards: Certificate of Merit (Video Game of the Year.)**

Designed by Alan Miller. You're in the cockpit of an intergalactic spacecraft. Your mission: Defend your starbases against attacking enemy starfighters. Galactic charts pinpoint enemy targets. Meteor showers slow your attack. And enemy particle cannons can quickly send you to your starbase for repairs. Computer readouts reveal energy levels, ship damage and more. Starmaster™ is one of the most sophisticated space games available.

6

# ACTION GAMES





Designed by Bob Whitehead. You're flying escort for a truck convoy of medical supplies. Suddenly, enemy aircraft show up on your long-range scanner. You whip your chopper around, blanketing the sky with laser rockets. The enemy responds with multi-warhead missiles. Chopper Command™ could be the most demanding video battle ever conceived!

**1983 Arcade Awards: Best Action Video Game.**





Designed by Larry Kaplan. It looks very simple. You have three buckets of water. The cute little guy up on the wall has a whole bunch of bombs. He tosses the bombs, and you catch them. Like we said, "Very simple." PS. Before you know it, bombs are falling at a rate of 13 per second! Is the hand really quicker than the eye? Try Kaboom!™ and find out.

**1982 Arcade Alley Award Winner, Best Audio and Visual Effects. Certified One Million Seller.**

7

OPP 001766

## ACTION GAMES





**Honorable Mention, 1982 Arcade Alley Awards: Most Innovative Game.**

Designed by David Crane. You see, there's this chicken. And he decides he wants to cross the road. Familiar story, right? Except, this time the road is a freeway, and it's rush hour! Your task is to guide the poor chicken to the other side of the freeway. Get the picture? And if you get the game, you'll agree there's never been anything like Freeway.®





Designed by Bob Whitehead. Ready for a little roundup? With Stampede® you'll have to ride fast and rope even faster. Those little dogies seem to be everywhere, and they're all worth points. But, be careful! Your ol' horse can get a little edgy, especially when you take your eyes off the trail. Head out West for hours of fun with Stampede!®

8

OPP 001767

# ACTION GAMES





Designed by Steve Cartwright. Fasten your seatbelts! This flight is going to be very rough and lots of fun. It's Barnstorming™ A brilliant achievement in realistic video game graphics. Fly a biplane through barns, over windmills, and through flocks of geese. Here's where state-of-the-art game design meets seat-of-the-pants aviation.





**Honorable Mention, 1982 Arcade Alley Awards: Best Science Fiction Game. Certified One Million Seller.**

Designed by David Crane. Presenting a space shoot-out the likes of which you've never seen or heard before. As Commander of a fleet of intergalactic spacecraft, you come upon some very unfriendly alien types. Get them before they get you and you're awarded points. Brilliant colors and startling sound effects make Laser Blast ® an all-time space video classic.

9

OPP 001768

## SPORTS CHALLENGES





Designed by David Crane. A relaxing afternoon at the ol' fishing hole? Not quite. The bay's full of beautiful sunfish alright, and all you have to do is land 'em faster than your opponent. But there's just one small hitch. Watch out for that shark! His voracious appetite makes Fishing Derby® a constant challenge.

**1981 Arcade Alley Award Winner, Best Audio and Visual Effects.**





Designed by Bob Whitehead. At the sound of the bell, come out swinging. Go toe to toe with the computer or a friend. It's fast and furious action that's sure to leave you exhausted. But, be careful! Don't get pinned to the ropes. Knock-outs are part of the action, too!

**1981 Arcade Alley Award Winner, Best Competitive Game. Honorable Mention: Best Sports Game 1981.**

10

## SPORTS CHALLENGES





Designed by Alan Miller. Never wait for a court again. Tennis offers all the challenge and excitement of tennis right on your own TV. Charging players can rush the net, lay back and play the baseline, or roam the court. It's tennis action so remarkably real, the ball's even got a shadow! Loads of fun for all game fans.

**Honorable Mention, 1981 Arcade Alley Awards: Best Head-to-Head, Best Sports, Most Innovative Game.**





Designed by Bob Whitehead. Challenge yourself to a wide variety of high-speed downhill or slalom runs. Trees and moguls rush by as you race through the courses. Designed for everyone from novice to pro. Why, even if you hate snow, you'll love the fun of Skiing.

**1981 Arcade Alley Award Winner, Best Solitaire Game.**

11

OPP 001770

## SPORTS CHALLENGES





**1983 Arcade Awards: Best Sports Video Game.**

Designed by Alan Miller. Face off! Fight for the puck. Skate down ice past the defender for a slap-shot! Then, hurry back on defense as your opponent's goalie makes a remarkable save and a long pass to his forward. Here's fantastic head-to-head competition right at your fingertips. So real, it'll knock you off your skates!





Designed by David Crane. Watch the countdown, shift gears, pop the clutch and burn rubber! You can rev your engine, but be careful not to blow it. True-to-life sound effects and gruelling competition bring all the action of the dragstrip right into your living room!

12

OPP 001771

## SPORTS CHALLENGES





Designed by David Crane. You've always had a secret fantasy about driving in the big race? Well, here' your very own Grand Prix.™ You'll steer a course around other drivers, ease by oil slicks, zoom across bridges, with time your foremost enemy. Plus all the sound and fury of the real thing. Gentlemen (and ladies), start your engines.

# GET OUR QUARTERLY NEWSLETTER FREE.

It's called "ACTIVISIONS" and it's packed with articles about our games, our designers, information on special events and contests. It's always good news, so send your name and address to:

**ACTIVISION CONSUMER RELATIONS**
Drawer 7287, Mountain View, CA 94042

13

OPP 001772

## STRATEGY GAMES





Designed by Larry Kaplan. Presenting the ultimate solitaire bridge game! Bridge deals hundreds of millions of hands at random and provides a computer partner who bids by the rules. After you've established a contract, the computer plays as your opponents. It's a great way to sharpen your skills. Never be without a bridge game again. It's heaven!





Designed by Alan Miller. Checkers Activision-style is a whole new challenge. There are three different skill levels to choose from. Warm up with novice, and then tackle the tougher levels. Your computer opponent plots the results of each of his available moves and then picks the one that's toughest on you. You'll find the computer a more-than-worthy opponent.

14

OPP 001773

# OUR FIRST TWO FOR INTELLIVISION®

The extraordinary playability, originality, sound effects and graphics of Activision® video game cartridges are here for Intellivision® Pitfall!™ our smash hit jungle adventure game, and Stampede,® our classic western roundup, start the series. And there are plenty more on the way! All great fun. All exciting. All by Activision.

Also for use with the Sears Tele-Games® Super Video Arcade.™

Tele-Games® and Super Video Arcade™ are trademarks of Sears, Roebuck & Co. Intellivision® is a trademark of Mattel, Inc.

15

OPP 001774

# NEW FOR USE WITH INTELLIVISION®





Designed by David Crane. Danger lurks at every turn as Pitfall!™ brings a jungle no-man's land to life for Intellivision® owners. Jump into the shoes of Pitfall Harry as he leads you on an incredible adventure in search of lost treasures. You'll race against time, through a maze of jungle scenes, fighting off one deadly peril after another.





Designed by Bob Whitehead. Yahoo! Stampede® is bringing some kind of fun to Intellivision® owners. And some kind of challenge. The object of this tricky little game is to lasso as many stampeding calves as possible. Practice by yourself, or challenge a friend. But, hang on to your hat, keep your eyes on the trail, and round 'em up!

16

OPP 001775

## JOIN THE ACTIVISION TEAMS

Many Activision games recognize high-scoring players with special insignia. Consult the various game instruction booklets for details on how to become a member of one of these elite organizations.











17

OPP 001776



OPP 001777

EX 1    PG  70



OPP 001778



VIDEO GAME
CARTRIDGE
CATALOG

FALL/WINTER 1983

FOR USE WITH
THE ATARI® 2600™
AND INTELLIVISION®
SYSTEMS

We Put You In The Game!

OPP 001780



OPP 001781



OPP 001782







OPP 001798



## Activision Challenges Your Every Move

You're about to lift off from Cape Canaveral and land at Edwards Air Force Base, begin the most rigorous event in sports history, ride criss-crossed beams of light into a new dimension, battle relentlessly down the River Of No Return, defend the planet Terra from the most massive space-fortress ever to rule the universe, wage off-the-wall warfare with creepy crawlers, corn gobblers and the masked Mad Bomber! Not to mention encountering military tanks that have run amok and are overtaking the populace, and enduring the road race of the century.

And that's just the beginning. Our designers are creating game experiences to further develop your imagination, endurance, courage, dexterity, and sense of humor. Because at Activision, we want to challenge your every move.



**Designed by John Van Ryzin**



Miners are trapped in molten heat! With the aid of your compact power-pack, you must come to the rescue! Fly through the red-hot mine, blast through magma walls, flow down lava rivers, and zap volcanic vermin with your micro-laser beam! H.E.R.O.™— pure dynamite for the Atari® 2600™!



**Designed by Larry Miller**



Fasten your seatbelts, the National Enduro™ is ready to take you on. This high-powered, cross-country race winds like a bad mountain road. Your odometer registers mile after mile of changing weather conditions, shifting gears and squealing brakes—you're passing, always passing. Complete as many of the 99 days as you can. Enduro™. Can you endure?



**Designed by David Crane**



Uncover ancient treasures with Pitfall Harry™ and his sidekicks, Rhonda and Quickclaw. Climb into a maze 27 levels deep, escaping bats, condors, poisonous frogs, albino scorpions, and electric eels. Swim through raging rivers, soar with hot-air balloons, and free-fall down to another plateau. Pitfall II Lost Caverns. It's the video adventure game you've been waiting for!



**Designed by Steve Kitchen**



Blast off! Check the flight pattern and fuel gauge, and begin orbiting the planet in search of the satellite you've been sent to dock with and refuel. RENDEZVOUS flashes as you make final contact. Docking completed, prepare to land at Edwards Air Force Base. You're home! Begin flight training with Space Shuttle—A Journey into Space™



**Designed by Garry Kitchen**



You are the chef, taking order after order in a chaotic kitchen. Sound simple? Just wait! Watch those sizzling beauties fly past on the conveyor belt as you stumble, fumble, and gather the goodies. Delicious graphics! Fast-food action! Step right up and place your takeout order today!

OPP 001799

**B**rave New Worlds
With ColecoVision™





**Designed by
Steve Cartwright**



**Designed by
Dave Rolfe**

**ALSO FOR
COLECOVISION®**



It's 45° and Frostbite™ B-b-bailey, arctic architect, is b-b-busy building an igloo b-b-before the temperature hits zero. Alone, he jumps on ice f-f-floes, collecting s-s-slabs of ice while evading Snow Geese, Alaskan K-k-king crabs and c-c-clever clams. Not to mention a polar grizzly bear! Can Frostbite™ finish his igloo or will he turn into b-b-blue ice?



Adventure into unknown worlds! An unpenetrable shield surrounds the planet. Your mission is to ride criss-crossed beams of light—all the way to the 99th sector. Cast lariats of laser bolts into red zig bombs, yellow chirpers, the evil mother ship, and more! Only you have the courage. Only you have the skill. Only you are the Beamrider™





**Designed by
Carol Shaw**

River Raid™ Activision's battle adventure classic, is ready to explode on to your ColecoVision™ system. Your mission: demolish the bridges that transport the enemy across the river. Tanks and battleships track your every move, jets and choppers scream through the sky—the action is relentless! Courage, the code. River Raid, the adventure. Can you make it?





**Designed by
David Crane**



**Designed by
Alan Miller**



Go for the gold! The arena is overflowing and the crowd is humming in anticipation. You take a deep breath and long jump with speed and perfect timing. You keep excelling all the way to the 10th event, start out with a steady pace and spring headstrong to the finish. You made it! In the tradition of the Olympics, you and The Activision Decathlon are one of a kind.

The year is 2019 and the most advanced military defense system has run amok and is on the rampage. You must command your Robot Tank™ from a remote control station, in the midst of changing weather conditions and the dangerous reality of fighting at night. But with the aid of your radar scan, tanks and weaponry, there still may be hope.





**Designed by
David Crane**

Pitfall Harry™ is breaking new ground for the ColecoVision™ system. Alone, he calls to you to help him find the forgotten treasure. Forage through the jungle avoiding crocodiles, scorpions, and cobras every dangerous step of the way. Jump over rolling logs, swing over tarpits, and climb into the dark underground. Join the Pitfall!™ expedition today!



OPP 001800



## Explode Into Action on Your Atari® 5200™ and Atari® Home Computer

Now Kaboom!, MegaMania,™ and River Raid™ are ready to explode onto your Atari® 5200™ and Atari® home computer screen! Prepare for fast-action fun and be the Mad Bomber or the quick-catching bucketeer—and it's bombs away! Defend your spacecraft from flying burgers, steam irons, bow ties, ladybugs and more. Follow the command and show your expertise as a fighter pilot. Then descend down the river with all of the strategy and courage that's in you! Bright new graphics. Outstanding gameplay. Explode into action with Activision® today!



**Designed by
David Crane**



Pitfall Harry™ does it again! Adventure into the jungle with Activision's million seller, Pitfall. Swing through trees, forage through underground passageways—avoiding crocodiles, scorpions, and cobras—*watch out for the pit!* Now the video game adventure classic explores new territories.



**Designed by
Larry Kaplan,
adapted by
Paul Willson**



Here's the Mad Bomber now, dropping little black bombs off that nearby rooftop. You've got to grab a bucket of water and catch those sparklers before bedlam breaks loose! It's wild. It's irresistible! And now, in the two-player version, you can fling the fireworks or be the fast-catching bucketeer and compete head-to-head. Catch the action!



**Designed by
Carol Shaw**



Activision's high-flying battle adventure is ready for action! Pilot your jet over the River Of No Return while blowing up enemy bridges and escaping jets, choppers, tanks and ships that wait at each endless turn of the river. Remember: the farther you fight your way in, the narrower the channel becomes, and the chances to refuel get slimmer and slimmer.



**Designed by
Steve Cartwright**



MegaMania,™ Activision's obsessive space nightmare, is making new waves. You're asleep at the controls of your spacecraft when legions of hostile hamburgers, bow ties, steam irons, space dice, ice cream sandwiches, diamond rings, radial tires, and ladybugs creep into your conscience. Blast them away or you'll fry!

OPP 001801

## Plus Added Excitement
## with Intellivision*

**THE DREADNAUGHT FACTOR**™
  Designed by
  Tom Loughry

**WORM WHOMPER**™
  Designed by
  Tom Loughry

**HAPPY TRAILS**™
  Designed by
  Carol Shaw

**BEAMRIDER**™
  Designed by
  Dave Rolfe

**RIVER RAID**™
  Designed by
  Carol Shaw,
  adapted by
  Peter Kaminski

# ACTIVISION.

For the dealer nearest you, write:
Activision, Inc. Consumer Relations Department
Drawer 7287, Mountain View, CA 94039
(800) 227-9757 or
(415) 960-0410 in California

© 1983 Activision, Inc.      Printed in U.S.A.      AG-940-05

Activision is a registered trademark of Activision, Inc.

Atari,' 2600,™ Video Computer System™ and 5200,™ are
trademarks of Atari, Inc. Intellivision™ is a trademark of
Mattel, Inc. ColecoVision™ is a trademark of Coleco
Industries, Inc.

OPP 001802

EX 1    PG  81

EXHIBIT 2





OPP003044





OPP003045

EX 2     PG  83