PATRICIA H. BENSON (SBN 60565)
  phb@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
NAOMI STRAUS (SBN 287804)
  nxs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTIVISION TV, INC., a Delaware Corporation; AD MEDIA DISPLAYS, INC., a Wyoming Corporation; DAVID GOTHARD, an individual,<br><br>　　　　Defendants. | CASE NO. CV12-8964-GW (JEMx)<br><br>Honorable George H. Wu<br><br>**DECLARATION OF TERRY KIEL IN SUPPORT OF PLAINTIFF ACTIVISION PUBLISHING, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　July 1, 2013<br>Time:　　8:30 a.m.<br>Ctrm.:　　10 |

I, Terry Kiel, the undersigned, declare:

1. I currently hold the position of Senior Trademark Administrator for Activision Blizzard, Inc. ("AB"). On February 1, 2007 I commenced employment with Vivendi Games, Inc. ("Vivendi") as Trademark Administrator. In July 2008, after Vivendi merged with Activision Publishing, Inc. ("Activision") to form AB, my role was expanded to include Activision's portfolio of trademarks. Among other duties, I am responsible for overseeing Activision's portfolio of trademarks, to include filing of trademark applications, monitoring the progress of pending applications, coordinating with counsel around the world with respect to the registration, maintenance, and enforcement of trademarks; and, monitoring published trademarks. I make the following declaration on my own personal knowledge and based on my review of records maintained by Activision in the ordinary course of business. If called upon to do so, I could and would testify truthfully to the matters set forth herein.

2. Activision possesses five U.S. registrations in the U.S. Patent and Trademark Office ("PTO") in connection with its ACTIVISION name and logo, as follows:

(a) Registration Number 1,183,958 for "video game cartridges"

(b) Registration Number 1,207,377 for "video game cartridges"

(c) Registration Number 1,350,487 for "prerecorded computer programs and instruction manuals sold as a unit"

(d) Registration Number 2,903,474 for "multimedia entertainment software production services; Publishing interactive computer and video game software" and

(e) Registration Number 3,398,311 for "computer game software; downloadable software for use in connection with computer games; downloadable

computer game software and entertainment software, namely, ring tones, graphics and digital audio files for use with mobile and cellular phones and other wireless devices; electronic publications, namely, computer game strategy guides" as well as "printed computer game strategy guides" and "clothing, namely, shirts, hats and jackets".

3.  True and correct copies of the foregoing registrations are attached hereto as Exhibits 1 through 5. All of these registrations except for 3,398,311 have been deemed incontestable pursuant to 15 U.S.C. § 1065.

4.  In or about October 2009 I became aware that a company calling itself "Activision TV" was in the process of registering the mark ACTIVISION.TV for a variety of computer-related goods and services. Following Activision's discovery of ACTIVISION.TV pending trademark applications, Activision commissioned a brief investigation which confirmed that Activision TV was purporting to offer, including via its website www.activision.tv, an on-demand interactive entertainment service that included video games. Throughout the first half of 2010, Activision continued to monitor the progress of Activision TV's trademark applications. On March 30, 2010 the first ACTIVISION.TV trademark application was published for opposition, and after successfully filing two (2) extensions of time to oppose, Activision filed a notice of opposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of May, 2013, at Santa Monica, California.

_____
Terry Kiel

Mitchell
Silberberg &
Knupp LLP

5337904.1

2
**DECLARATION OF TERRY KIEL**

# EXHIBIT 1



7419815

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,183,958* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *February 22, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *October 22, 2004*
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
SAID RECORDS SHOW TITLE TO BE IN:
   *GALARDI GROUP, INC.*
   *A CALIFORNIA CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE
Certifying Officer

Int. Cl.: 28

Prior U.S. Cls.: 22 and 36

**United States Patent and Trademark Office**

Reg. No. 1,183,958
Registered Dec. 29, 1981

TRADEMARK
Principal Register

## ACTIVISION

Activision, Inc. (California corporation)
759 E. Evelyn Ave.
Sunnyvale, Calif. 04086

For: VIDEO GAME CARTRIDGES, in CLASS 28 (U.S. Cls. 22 and 36).
First use Jul. 10, 1980; in commerce Jul. 10, 1980.

Ser. No. 277,756, filed Sep. 15, 1980.

R. G. COLE, Primary Examiner

# EXHIBIT 2



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,207,377* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *September 07, 1982*
*2nd* RENEWAL FOR A TERM OF *10* YEARS FROM *September 07, 2012*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *ACTIVISION PUBLISHING, INC.*
   *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 28

Prior U.S. Cls.: 22 and 36

**United States Patent and Trademark Office**

Reg. No. 1,207,377
Registered Sep. 7, 1982

**TRADEMARK**
Principal Register

# ACTIVISION

Activision, Inc. (California corporation)
759 E. Evelyn Ave.
Sunnyvale, Calif. 94086

For: VIDEO GAME CARTRIDGES, in CLASS 28 (U.S. Cls. 22 and 36).
First use Jul. 10, 1980; in commerce Jul. 10, 1980.

Ser. No. 277,758, filed Sep. 15, 1980.

R. G. COLE, Primary Examiner

WILBUR C. DAVIS, Examiner

# EXHIBIT 3



7419815

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 24, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,350,487* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *July 23, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *July 23, 2005*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
*ACTIVISION PUBLISHING, INC.*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. Tarver

M. TARVER
Certifying Officer

UNITED STATES PATENT AND TRADEMARK OFFICE DEPARTMENT OF COMMERCE

Int. Cl.: 9

Prior U.S. Cl.: 38

Reg. No. 1,350,487

**United States Patent and Trademark Office**  Registered July 23, 1985

TRADEMARK
PRINCIPAL REGISTER

ACTIVISION

ACTIVISION, INC. (CALIFORNIA CORPORATION)
2350 BAYSHORE FRONTAGE ROAD
MOUNTAIN VIEW, CA 94043

FOR: PRERECORDED COMPUTER PROGRAMS AND INSTRUCTION MANUALS SOLD AS A UNIT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 7-10-1980; IN COMMERCE 7-10-1980.

OWNER OF U.S. REG. NOS. 1,183,958 AND 1,207,377.

SER. NO. 517,928, FILED 1-17-1985.

G. T. GLYNN, EXAMINING ATTORNEY

# EXHIBIT 4



# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 23, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,903,474* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 16, 2004*
*SECTION 8 & 15*
*AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED*
SAID RECORDS SHOW TITLE TO BE IN:
  *ACTIVISION PUBLISHING, INC.*
  *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,903,474
Registered Nov. 16, 2004
OG Date Aug. 31, 2010

## SERVICE MARK
## PRINCIPAL REGISTER

# ACTIVISION

ACTIVISION PUBLISHING, INC. (DELAWARE CORPORATION)
3100 OCEAN PARK BLVD.
LEGAL DEPT.
SANTA MONICA, CA 90405

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

FOR: MULTIMEDIA ENTERTAINMENT SOFTWARE PRODUCTION SERVICES; PUBLISHING INTERACTIVE COMPUTER AND VIDEO GAME SOFTWARE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-10-1980; IN COMMERCE 7-10-1980.

SER. NO. 78-326,763, FILED 11-12-2003.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 31, 2010.*

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,903,474
Registered Nov. 16, 2004

## SERVICE MARK
PRINCIPAL REGISTER

# ACTIVISION

ACTIVISION, INC. (DELAWARE CORPORATION)
LEGAL DEPARTMENT
3100 OCEAN PARK BOULEVARD
SANTA MONICA, CA 90405

FOR: MULTIMEDIA ENTERTAINMENT SOFTWARE PRODUCTION SERVICES; PUBLISHING INTERACTIVE COMPUTER AND VIDEO GAME SOFTWARE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-3-1977; IN COMMERCE 10-3-1977.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-326,763, FILED 11-12-2003.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

# EXHIBIT 5



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 23, 2013

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,398,311* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *March 18, 2008*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

Int. Cls.: **9, 16 and 25**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,398,311**
Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ACTIVISION

ACTIVISION PUBLISHING, INC. (DELAWARE CORPORATION)
3100 OCEAN PARK BOULEVARD
SANTA MONICA, CA 90405

FOR: COMPUTER GAME SOFTWARE; DOWNLOADABLE SOFTWARE FOR USE IN CONNECTION WITH COMPUTER GAMES; DOWNLOADABLE COMPUTER GAME SOFTWARE AND ENTERTAINMENT SOFTWARE, NAMELY, RING TONES, GRAPHICS AND DIGITAL AUDIO FILES FOR USE WITH MOBILE AND CELLULAR PHONES AND OTHER WIRELESS DEVICES; ELECTRONIC PUBLICATIONS, NAMELY, COMPUTER GAME STRATEGY GUIDES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1980; IN COMMERCE 0-0-1980.

FOR: PRINTED COMPUTER GAME STRATEGY GUIDES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

FOR: CLOTHING, NAMELY, SHIRTS, HATS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,183,958, 1,207,377, AND 1,350,487.

SER. NO. 77-254,263, FILED 8-13-2007.

BENJAMIN ALLEN, EXAMINING ATTORNEY