PATRICIA H. BENSON (SBN 60565)
    phb@msk.com
MARC E. MAYER (SBN 190969)
    mem@msk.com
NAOMI STRAUS (SBN 287804)
    nxs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ACTIVISION TV, INC., a Delaware Corporation; AD MEDIA DISPLAYS, INC., a Wyoming Corporation; DAVID GOTHARD, an individual,<br><br>          Defendants. | CASE NO. CV12-8964-GHW (JEMx)<br><br>Honorable George H. Wu<br><br>**DECLARATION OF JAMES BERKLEY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF ACTIVISION PUBLISHING, INC.**<br><br>Date:          July 1, 2013<br>Time:          8:30 a.m.<br>Ctrm.:          10 |

Mitchell
Silberberg &
Knupp LLP

5339610.2

**DECLARATION OF JAMES BERKLEY**

1    I, James D. Berkley, the undersigned, hereby declare as follows.

2    1.    I am employed as a Senior Research Analyst at Mitchell Silberberg &

3    Knupp LLP, counsel for Plaintiff in this action.  I have personal knowledge of all

4    of the following facts and, if called as a witness, could and would testify

5    competently thereto.

6    2.    Attached hereto as **Exhibit 1** is a true and correct copy of a web page

7    accessed and printed by me on or about May 30, 2013, reflecting the first page of

8    search results generated by entering the query "ACTIVISION" on the Google

9    search engine, available at the Uniform Resource Locator ("URL")

10    www.google.com.

11    3.    Attached hereto as **Exhibit 2** is a true and correct copy of a document

12    that I accessed and caused to be printed on or about May 31, 2013 from the

13    Trademark Status and Document Retrieval system ("TSDR") maintained by the

14    United States Patent and Trademark Office ("USPTO"), available at the URL

15    http://tsdr.uspto.gov/documentviewer?caseId=sn75866677&docId=IPC200402231

16    02340, reflecting a "Statement of Use" and purported "specimens" filed by or on

17    behalf of the Defendants in this action with the USPTO on or about February 20,

18    2004.

19    4.    Attached hereto as **Exhibit 3** are true and correct copies of pages that

20    I accessed and caused to be printed on or about May 31, 2013 from the TSDR

21    system maintained by the USPTO, available at the URL

22    http://tsdr.uspto.gov/documentviewer?caseId=sn75866677&docId=SPE201007211

23    31715, reflecting purported "specimens" filed by or on behalf of the Defendants in

24    this action with the USPTO on or about July 20, 2010.

25    5.    Attached hereto as **Exhibit 4** are true and correct copies of relevant

26    pages of the 2011 "HITEC Conference and Program Guide," identified as

27    produced by the Hospitality Financial and Technology Professionals organization

28

("HFTP"), which I accessed and downloaded on or about June 1, 2013 via the URL http://www.hftp.org/Content/Forms/HITEC/2011/H11Programw.pdf.

6.     Attached hereto as **Exhibit 5** are true and correct copies of various pages found on Defendants' web site located at www.activision.tv, which I accessed and caused to be printed via the URLs indicated therein on or about July 5, 2012.

7.     Attached hereto as **Exhibit 6** are true and correct copies of the "home" pages of Defendants' web site as accessed via the URLs http://www.activision.tv and http://www.activisiontv.com, which I accessed and caused to be printed on or about June 2, 2013.

8.     Attached hereto as **Exhibit 7** are true and correct screenshots of postings dated February 15, 2011 on an Internet bulletin board maintained by the "Motley Fool" website, described as the "Official Website of the Long-Term Investor" and "The World's Greatest Investing Community," which I accessed and caused to be captured on or about June 1, 2013, available at the URLs http://boards.fool.com/activisiontv-29105658.aspx?sort=threaded and http://boards.fool.com/activisontv-29105666.aspx?sort=threaded.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of an article dated February 15, 2011 titled "TIE Technologies' Whirlwind Media Signs Agreement With Activision.TV, Inc.," which I accessed and caused to be printed after clicking the link offered in the postings referenced in Exhibit 6, available at the URL http://www.thestreet.com/print/story/11008701.html.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a *New York Times* article dated May 26, 2013, titled "Consoles Moving Into Next Generation," which I caused to be printed on or about May 31, 2013 from the URL http://www.nytimes.com/2013/05/27/arts/video-games/xbox-nintendo-and-playstation-look-to-next-generation-of-consoles.html?pagewanted=all.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an article dated May 21, 2013, titled "Microsoft Xbox One Launch: True Convergence of Video Games, TV, Media, Web, Communications," which was accessed and printed under my direction on or about May 28, 2013 from the URL http://www.marketwatch.com/Story/story/print?guid=7649e63a-d2a6-439a-8371-c42f4f6f277f.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of an "Xbox One" advertisement available on the website www.xbox.com, which I accessed and caused to be printed on or about May 31, 2013 from the URL http://view.engage.xbox.com/?j=ff2d12737c64&m=fe5f15707362017c7c10&ls=fe961d757765077e77&l=ff971577.

13.     Attached hereto as **Exhibit 12** are true and correct copies of screenshots captured by me on or about May 31, 2013 and June 2, 2013 from the official Nintendo web site at www.nintendo.com, reflecting various pages accessed by me on those dates at the URLs indicated therein.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a web page titled "What is Wii?," which I accessed and caused to be printed on or about May 31, 2013 from the URL http://www.nintendo.com/wii/what-is-wii/.

15.     Attached hereto as **Exhibit 14** are true and correct copies of screenshots captured by me on or about May 31, 2013 from the official Sony PlayStation web site at us.playstation.com, reflecting various pages accessed by me on that date at the URLs indicated therein.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of a Washington Post article dated December 19, 2012, titled "Nintendo TV service coming Dec. 20," which I accessed and caused to be printed on or about June 1, 2013 from the URL http://articles.washingtonpost.com/2012-12-19/business/35929197_1_nintendo-tvii-gamepad-xbox-live-service.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a *Los Angeles Times* article, dated May 17, 2013, titled (in part) "Is your TV a smart TV?," which I accessed and caused to be printed on or about May 31, 2013 from the URL http://www.latimes.com/entertainment/envelope/cotown/la-et-st-smart-tv-technology-20130519,0,2375243.story.

18.     Attached hereto as **Exhibit 17** are true and correct copies of web pages accessed and printed by me on or about June 1, 2013 from the searchable database maintained by the USPTO, available via http://tmsearch.uspto.gov/, reflecting registrations of the word mark "APPLE TV" and of a "GOOGLE TV" word-plus-design mark.

19.     Attached hereto as **Exhibit 18** are true and correct copies of screenshots of the web page located at the URL http://www.google.com/tv/, which I accessed and caused to be captured on or about May 31, 2013.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of the web page located at the URL http://www.apple.com/appletv/what-is/, which I accessed and caused to be printed on or about June 1, 2013.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of an article entitled "New Hotel Near Apple's HQ Sports Apple TVs in Rooms," which I accessed and caused to be printed on or about May 31, 2013 from the URL http://news.cnet.com/8301-13579_3-57574898-37/new-hotel-near-apples-hq-sports-apple-tvs-in-rooms/.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of a web page entitled "Microsoft TV IPTV Edition Brochure," which I accessed and caused to be printed on or about June 1, 2013 from the URL http://www.microsoft.com/en-us/download/details.aspx?id=33553, followed by a true and correct copy of the document concerning "Microsoft TV" that I downloaded via that web page on the same date.

**DECLARATION OF JAMES BERKLEY**

23.    Attached hereto as **Exhibit 22** are true and correct copies of documents accessed and printed by me on or about June 1, 2013 from the searchable database maintained by the USPTO, available via http://tmsearch.uspto.gov/, reflecting trademark applications for the word marks "ROCKSTAR TV" and "GTA TV".

24.    Attached hereto as **Exhibit 23** are true and correct copies of publicly available records reflecting registration data for the Internet domain names "apple.tv", "google.tv", "nintendo.tv", and "microsoft.tv", which I accessed and caused to be printed using the searchable database available at the URL http://whois.domaintools.com/.

25.    Attached hereto as **Exhibit 24** is a true and correct copy of an article dated January 8, 2013 and titled (in part) "Valve's Gabe Newell on Steam Box, biometrics, and the future of gaming," which I accessed and caused to be printed on or about May 31, 2013 from the URL http://www.theverge.com/2013/1/8/3852144/gabe-newell-interview-steam-box-future-of-gaming.

26.    Attached hereto as **Exhibit 25** is a true and correct copy of a press release dated June 20, 2006, entitled "Lodgenet Connecting Guests with New In-Room Solutions for Entertainment, Information and Productivity" and located at the URL http://www.prweb.com/pdfdownload/401251.pdf, which I accessed and caused to be downloaded on or about May 30, 2013 via the URL http://www.prweb.com/releases/lodgenet/hdtv/prweb401251.htm.

27.    Attached hereto as **Exhibit 26** are true and correct copies of pages available on the web site www.lodgenet.com (the "LodgeNet Web Site"), which I accessed and caused to be captured on or about May 31, 2013 from the URLs indicated therein.

28.    Attached hereto as **Exhibit 27** is a true and correct copy of a document available on the LodgeNet Web Site, titled "5 Things You Need to

Mitchell
Silberberg &
Knupp LLP

5339610.2

5

**DECLARATION OF JAMES BERKLEY**

1    Know about Guest Room Interactive Television (iTV)," which I accessed and

2    caused to be downloaded on or about May 31, 2013 from the URL

3    http://www.lodgenet.com/SiteCollectionDocuments/S1547VOD_ValueSheetUpdat

4    eFIN100510.pdf.

5         29.    Attached hereto as **Exhibit 28** is a true and correct copy of a press

6    release dated June 10, 1999, titled (in part) "LodgeNet Begins Installing Hotels

7    With Nintendo 64 Game Systems," which was accessed and printed under my

8    direction on or about May 28, 2013 from the URL

9    http://www.thefreelibrary.com/_/print/PrintArticle.aspx?id=54853975.

10        30.    On or about May 25, 2013 through May 27, 2013, I stayed as a guest

11   at the Bay Landing Hotel, located at 1550 Bayshore Highway in Burlingame,

12   California.  The room in which I stayed offered a television-based entertainment

13   system that I recall was described as offered by LodgeNet.  Attached hereto as

14   **Exhibit 29** is a true and correct copy of a page printed by me from the website of

15   this hotel on or about June 1, 2013, from the URL

16   http://www.baylandinghotel.com/accomodations.html.   Among other things, this

17   page states that the hotel's accommodations offer "[c]able television, pay-per-view

18   movies and games."

19        31.    Using my room's provided remote control at the Bay Landing Hotel, I

20   was able to navigate to a section of the room's television system that purported to

21   offer a selection of Nintendo 64 video games.  Attached hereto as **Exhibit 30** is a

22   true and correct copy of a photograph taken by me on or about May 26, 2013,

23   showing the television screen in my guest room when I selected to view this

24   option.  As can be seen, the screen states in part: "Play Nintendo 64 games in your

25   room using the game controller on your TV… Press MENU at any time to change

26   games, purchase play time, or access other services."

27        32.    Attached hereto as **Exhibit 31** is a true and correct copy of a web page

28   available on the LodgeNet Web Site, titled "Wii™ For Hotels," which I accessed

1  and caused to be printed on or about May 31, 2013 from the URL

2  http://www.lodgenet.com/OurSolutions/Pages/WiiForHotels.aspx.

3      33.    Attached hereto as **Exhibit 32** is a true and correct copy of a

4  document available on the LodgeNet Web Site, titled "LodgeNet | Wii™ for Public

5  Spaces," which I accessed and caused to be downloaded on or about May 31, 2013

6  from the URL

7  http://www.lodgenet.com/SiteCollectionDocuments/Our%20Solutions%20Docum

8  ents/2011%20Public/S1716Wii_SalesSheet_Jun2011.pdf.

9      34.    Attached hereto as **Exhibit 33** is a true and correct copy of a

10  document available on the LodgeNet Web Site, titled "guestLINK PowerWave by

11  LodgeNet," which I accessed and caused to be downloaded on or about May 31,

12  2013 from the URL

13  http://www.lodgenet.com/SiteCollectionDocuments/Our%20Solutions%20Docum

14  ents/Dec%202010%20Connectivity/GuestLinkSalesSht_Dec2010.pdf.

15      35.    Attached hereto as **Exhibit 34** are true and correct copies of

16  screenshots pertaining to various video game amenities purported to be offered by

17  a number of hotels, which I accessed and captured on or about May 30, 2013 from

18  the hotels' web sites and related pages via the URLs indicated therein.

19      36.    Attached hereto as **Exhibit 35** is a true and correct copy of a *USA*

20  *Today* article dated March 31, 2008 titled "Hotels crown guitar heroes with Wii,

21  Xbox action," which I accessed and caused to be printed on or about May 30, 2013

22  from the URL http://usatoday30.usatoday.com/tech/gaming/2008-03-27-hotel-

23  video-games_N.htm.

24      37.    Attached hereto as **Exhibit 36** is a true and correct copy of a *New*

25  *York Times* article dated April 30, 2013, which I accessed and caused to be printed

26  on or about May 31, 2013 from the URL

27  http://www.nytimes.com/2013/05/01/business/hotel-guests-turn-away-from-tv-

28  and-toward-streaming-media.html?pagewanted=all.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of a Wall Street Journal article titled "The Toughest Guest: a Teen," dated July 29, 2010, which I accessed and caused to be printed on or about May 31, 2013 from the URL http://online.wsj.com/article/SB10001424052748703940904575395011201052130 .html.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of a *Hospitality Technology* article dated February 11, 2010, titled "5 Guest Room Tech Trends," which was accessed and printed under my direction on or about May 28, 2013 from the URL http://hospitalitytechnology.edgl.com/top-stories/5-Guest-Room-Tech-Trends55167.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of a Wired.com article dated December 31, 2009, titled "Open Letter to the Hotel Industry: Time to Get Your Game On," which was accessed and printed under my direction on or about May 28, 2013 from the URL http://www.wired.com/geekdad/2009/12/open-letter-to-the-hotel-industry-time-to-get-your-game-on/.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of an article dated March 4, 2008, titled "Best Geek Hotels in the World 2.0," which was accessed and printed under my direction on or about May 28, 2013 from the URL http://www.hotelchatter.com/story/2008/2/24/144612/104/hotels/Best_Geek_Hotels_in_the_World_2.0.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of an article titled "Nintendo strikes Wii hotel deal," dated September 30, 2008, which was accessed and printed under my direction on or about  May 28, 2013 from the URL http://news.cnet.com/8301-13772_3-10054531-52.html.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of an article titled "Wii and Wii Fit to Be Featured at Select Westin Hotels," dated May 4,

**DECLARATION OF JAMES BERKLEY**

2008, which was accessed and printed under my direction on or about May 28, 2013 from the URL http://www.nintendoworldreport.com/news/15903.

44.    Attached hereto as **Exhibit 43** is a true and correct copy of an article titled "Get a Room with Mario: Nintendo's latest adventure is now the star attraction at hotels across the land," dated February 6, 2001, which was accessed and printed under my direction on or about May 28, 2013 from the URL http://www.ign.com/articles/2001/02/06/get-a-room-with-mario.

45.    Attached hereto as **Exhibit 44** is a true and correct copy of a web page concerning the "Nintendo Gateway system," which I accessed and caused to be printed on or about June 1, 2013 from the URL http://www.gamehiker.com/wiki/index.php?title=Nintendo_Gateway_System.

46.    Attached hereto as **Exhibit 45** is a true and correct copy of an article on the website CathayPacific.com, titled "Cathay Pacific offers onboard Nintendo games," which was accessed and printed under my direction on or about May 28, 2013 from the URL http://www.cathaypacific.com/cpa/en_IN/aboutus/pressroomdetails?refID=991bb9 21cefaa010VgnVCM22000022d21c39____ (underscore included in URL).

47.    Attached hereto as **Exhibit 46** are true and correct copies of screenshots obtained from pages on the web sites www.wordwidestudios.net, www.nintendo.com, and www.microsoft.com, which I accessed and captured on or about June 2, 2013 at the URLs indicated therein, pertaining respectively to video games published by Sony, Nintendo, and Microsoft.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of a web page titled "Xbox One | What It Does" available on the web site www.xbox.com, which I accessed and caused to be printed on or about June 2, 2013 from the URL http://www.xbox.com/en-US/xboxone/what-it-does.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of pertinent pages of a document that I accessed and caused to be printed on or about June 2,

1  2013 from the TSDR system maintained by the USPTO, available at the URL

2  http://tsdr.uspto.gov/documentviewer?caseId=sn77912745&docId=OOA20100216

3  151006, reflecting an Office action of the USPTO dated February 16, 2010 with

4  respect to Defendants' trademark application bearing Serial No. 77/912,745.

5       50.    Attached hereto as **Exhibit 49** is a true and correct copy of pertinent

6  pages of a document that I accessed and caused to be printed on or about June 2,

7  2013 from the TSDR system maintained by the USPTO, available at the URL

8  http://tsdr.uspto.gov/documentviewer?caseId=sn77978580&docId=OOA20100216

9  151154, reflecting an Office action of the USPTO dated February 16, 2010 with

10 respect to Defendants' trademark application bearing Serial No. 77/978,580.

11      51.    Attached hereto as **Exhibit 50** is a true and correct copy of pertinent

12 pages of a document that I accessed and caused to be printed on or about June 2,

13 2013 from the TSDR system maintained by the USPTO, available at the URL

14 http://tsdr.uspto.gov/documentviewer?caseId=sn85143756&docId=OOA20110119

15 064915, reflecting an Office action of the USPTO dated January 9, 2011 with

16 respect to Defendants' trademark application bearing Serial No. 85/143,756.

17      I declare under penalty of perjury under the laws of the United States of

18 America that the foregoing is true and correct.

19      Executed at Los Angeles, California this **3** day of June, 2013.

20

21

22                          James D. Berkley

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5339610.2

10

**DECLARATION OF JAMES BERKLEY**

# EXHIBIT 1



+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

ACTIVISION

Web   Images   Maps   Shopping   News   More ▾   Search tools

About 27,900,000 results (0.28 seconds)

**Activision**
www.activision.com/ ▾
Official site. Provides news, game information, screenshots, downloads,
and links.
Score: **15** / 30  ·  19 Google reviews  ·  Write a review
3100 Ocean Park Blvd  Santa Monica, CA 90405
(310) 255-2000

**Activision - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Activision ▾
**Activision** is an American video game publisher, majority owned by
French conglomerate Vivendi SA. Its current CEO is Eric Hirshberg. It
was founded on ...
List of Activision games - Activision Blizzard - Category:Activision

**Activision | Blizzard**
www.activisionblizzard.com/ ▾
SANTA MONICA - **Activision** Blizzard, Inc. (Nasdaq: ATVI), the
interactive entertainment software industry's leading publisher, today
announced it supports ...

**Activision Games - IGN - IGN.com**
www.ign.com/companies/activision ▾
All the games for which **Activision** has been a publisher or developer
and the release dates of the games.

**News for ACTIVISION**
Skylanders: Activision crushes hopes for movie or TV spin-offs
VG247 - by Dave Cook - 13 hours ago
Skylanders won't be getting a movie adaptation or TV series,
**Activision** has confirmed, crushing the dreams of wee children
everywhere, ...
'Call of Duty: Ghosts': Activision on "challenge" of 60 FPS next-gen
Digital Spy - 18 hours ago
Activision Blizzard, Inc (NASDAQ:ATVI) shares down by 2.98%, Charles Sch...
GSPInsider - 14 hours ago

**ATVI: Summary for Activision Blizzard, Inc- Yahoo! Finance**
finance.yahoo.com/q?s=ATVI ▾
View the basic ATVI stock chart on Yahoo! Finance. Change the date
range, chart type and compare **Activision** Blizzard, Inc against other
companies.

**Activision - GameSpot.com**
www.gamespot.com/pages/company/index.php?company=1844 ▾
Gamespot Company Page For **Activision** - GameSpot offers reviews,
previews cheats and more for games by **Activision**. Count on us for all
of the latest from the ...

**Call of Duty®**
www.callofduty.com/ ▾
2013 **Activision** Publishing, Inc. **ACTIVISION**, CALL OF DUTY,
MODERN WARFARE, CALL OF DUTY MW3, CALL OF DUTY BLACK
OPS and stylized roman ...
14,580 people +1'd this

**Steam Publishers - Activision - store - Steam**
store.steampowered.com/publisher/Activision ▾
BECOME A PART OF THE CREW! Strap in and get ready for an
intense ride as you team up to take down a dangerous international
gang that can only be ...

**Activision Blizzard, Inc.: NASDAQ:ATVI quotes & news -...**
www.google.com/finance?cid=353353 ▾



# Activision Blizzard Inc

Directions    Write a review

**Address:** 3100 Ocean Park Blvd, Santa Monica, CA 90
**Phone:** (310) 255-2000
**Hours:** Thursday hours 9:00 am–5:00 pm  ·  See all

## Reviews

SCORE    OVERALL    Sign in for full scores and summary
         **15**

19 Google reviews

**More reviews:** ecorporateoffices.com, pdfownersmanu
pageinsider.com, yellowpages.com

## People also search for

      

Treyarch       Infinity        Naughty        Square E
Corporation    Ward Inc        Dog Inc        Inc

Get detailed financial information on **Activision** Blizzard, Inc.
(NASDAQ:ATVI) including real-time stock quotes, historical charts &
financial news, all for free!

**Activision** (Company) - Giant Bomb
www.giantbomb.com/**activision**/3010-78/ ▼
**Activision** is the largest third-party publisher in the world. It became the
first third-party developer for video game consoles, and is responsible
for popular **...**

Searches related to **ACTIVISION**

| | |
|---|---|
| activision **games** | activision **forums** |
| activision **phone number** | **infinity ward** |
| activision **stock** | activision **blizzard** |
| activision **jobs** | activision **stock symbol** |

**1** 2 3 4 5 6 7 8 9 10    **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms    About Google

EXHIBIT 2

## <u>STATEMENT OF USE UNDER 37 CFR 2.88, WITH DECLARATION</u>

Mark: ACTIVISION
Serial No.: 75866677

TO THE ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS:

Applicant Name:    AD MEDIA DISPLAYS, INC.
Notice of Allowance Issue Date:   May 1, 2001

Applicant requests registration of the above-identified servicemark in the United

States Patent and Trademark Office on the Principal Register established by the Act of

July 5, 1946 (15 U.S.C. 1051 et. seq., as amended).  Three (3) specimens showing the

mark as used in commerce are submitted with this statement.

Applicant is using the mark in commerce on or in connection with the following

good/services:

Electric and electronic illuminated advertising and display signs, signboards,
billboards and panels; electronically activated, illuminated advertising and display
signs and signboards that display locally or remotely variable and changeable text,
graphics and/or animation, sound and motion in International Class 009.

The dates of use are as follows:

Date of first use of mark anywhere: January 00, 2002

Date of first use of mark in commerce
which the U.S. Congress may regulate: January 00,2002

Type of Commerce: Interstate

02-20-2004
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

Manner or mode of use of mark on or  in  connection  with  the

goods/services: By placing it on the product, labels of packaging, brochures, letterhead

and in other ways customary to the trade.

The undersigned being hereby warned that willful false statements and the  like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registrations declares that he is properly authorized to execute this Statement of Use on behalf of the Applicant; he believes the Applicant to be the owner of the servicemark sought to be registered; the servicemark is now in use in commerce; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Applicant:
AD MEDIA DISLAYS, INC,

By: _____

David L. Gothard, President

Date: _____

Edward M. Livingston, Esq.
Edward M. Livingston, P.A.
963 Trail Terrace Drive
Naples, FL 34103
(239) 262-8502

Pat.  Atty.  Reg.  No. 28,523
Attorney for Applicant

## CERTIFICATE OF MAILING by EXPRESS MAIL UNDER 37 CFR 1.10

I HEREBY CERTIFY that the above Statement of Use with Declaration is being deposited with the United States Postal Service by Express Mail Post Office to Addressee service, U.S. Express Mail No. ER342624447US, on the ____ day of February, 2004, addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Dr., Arlington, VA  22202-3513.

Legal Assistant

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re | : | Servicemark Application |
| Applicant | : | AD MEDIA DISPLAYS, INC. |
| Serial No. | : | 7566677 |
| Filed | : | December 7, 1999 |
| Mark | : | ACTIVISION |

LAW OFFICE: 114
EXAMINING ATTORNEY:

TO:    Assistant Commissioner for Trademarks
       2900 Crystal Dr.
       Arlington, VA  22202-3513

### POWER OF ATTORNEY

SIR:

Applicant hereby appoints Edward M. Livingston, Esq., 963 Trail Terrace Drive, Naples, FL 34103, (239) 262-8502, a member of the Bar of the State of Florida and Registered Patent Attorney No. 28,523, to prosecute this Application to register, transact all business in the Patent and Trademark Office in connection therewith, including any appeal with the Trademark Trial and Appeals Board, and to receive the Certificate of Registration on my behalf.

Respectfully submitted,

AD MEDIA DISPLAYS, INC.

By: _____
David L. Gothard, President
PMB 220, P. O. Box 413005
Naples, FL 34101 - 3005
239-513-9016

Date: _____

EX 2    PG 14







# EXHIBIT 3





EXHIBIT 4

# 2011

# HITEC

HOSPITALITY INDUSTRY TECHNOLOGY EXPOSITION AND CONFERENCE

## *Program and Buyer's Guide*



### June 20 – 23
Austin Convention Center
Austin, Texas  USA

## Cetis™
Scitec • Teledex • TeleMatrix

Program and Buyer's Guide Sponsor
Visit Booth #1007

## HFTP
Hospitality Financial and
Technology Professionals

Producers of HITEC

# Table of Contents

2011 Special Features ............................................. 2

Passport to Technology........................................... 3

HITEC Advisory Council .......................................... 4

HITEC Executive Advisory Council ........................... 5

HITEC 2011 Sponsors ......................................... 6, 8

General Information.............................................. 10

HFTP International
Hospitality Technology Hall of Fame...................... 14

Certified Hospitality
Technology Professionals (CHTP) ......................... 16

Schedule-at-a-Glance........................................... 18

Rights Statement ................................................ 19

Meeting Rooms Map............................................. 20

Monday Schedule................................................ 22

Tuesday Schedule ............................................... 28

Wednesday Schedule .......................................... 30

Thursday Schedule ............................................. 36

Speakers........................................................... 38

Antitrust Statement............................................. 43

Exhibitor Tutorials .............................................. 44

Exhibit Hall Floorplan........................................... 46

Exhibitors-at-a-Glance ......................................... 48

Hospitality Technology Strategic
Initiatives Council ............................................... 50

New Technology Guide.......................................... 51

Aisle-by-Aisle Guide............................................. 56

2011 Exhibitors — By Company ............................. 64

2011 Exhibitors — By Product............................... 87

HFTP Board of Directors ...................................... 103

## Advertiser Index

Alert Logic...................................................... 63
Alloso Technologies........................................... 51
AHTEC 2.0....................................................... 65
Amadeus IT Group S.A. ...................................... 51
Aptech Computer Systems, Inc. ........................... 13
Cetis, Inc......................................................... 7
ChefTec/Culinary Software Services..................52, 60
CHTP — Certified Hospitality Technology Professional ............... 33
Connection-Call Center, The ............................... 60
Datatrend Technologies Inc. ............................... 59
EasyRMS ...............................................9, 52, 56
Elavon ........................................................... 60
Elfiq Networks ................................................. 56
EZYield.......................................................... 11
GuestWare ..................................................... 58
HFTP Connect................................................... 5
HFTP Greater Austin Chapter Event ..................... 20
HFTP University................................................ 57
HITEC 2012 ................................................... 104
HITEC Social Media Scavenger Hunt ...................... 5
Hospitality Finance and Technology eMarketplace .... 35
Hospitality Financial and Technology Professionals..........25, 61
*Hospitality Technology* Magazine......................... 29
*Hospitality Upgrade* Magazine............................. 47
*HOTELS* Magazine ........................................... 31
HUGHES.......................................................... 61
IDeaS – A SAS Company ..................................... 23
Infor Softbrands ..........................................21, 56
InfoValue Computing, Inc..................................... 3
LeisureLink, Inc................................................. 53
Motorola ........................................................ 62
MSI/REMco ..................................................... 58
Nevotek .......................................................... 59
Onity ............................................................. 53
Ovation Networks, Inc. ...................................... 53
PAR Springer-Miller Systems, Inc.....................17, 54
PrinterOn Corporation ....................................... 59
RateTiger-eRevMax ........................................... 54
Shift4 Corporation ............................... Back Cover, 62
Sonu Satellite .................................................. 62
Thing5 ........................................................... 63
TravelShark (formerly Swiftrank)............... Inside Back Cover
TTI Technologies .............................................. 58
VeriFone, Inc.................................................... 55
Verve Living Systems..........................Inside Front Cover
WebRezPro Property Management System ............. 55
Workforce-Velocity............................................ 61

**Hospitality Financial and Technology Professionals**
11709 Boulder Ln, Ste 110 • Austin, TX 78726-1832
(800) 646-4387 or +1 (512) 249-5333
Fax: +1 (512) 249-1533
membership@hftp.org
www.hftp.org • www.hitec.org

© Copyright 2011 by Hospitality Financial and Technology Professionals; Austin, Texas. All rights reserved. No part of this *HITEC Program and Buyer's Guide* shall be reproduced or transmitted in any form by any means, electronic or mechanical; including photocopying, recording or in any information or retrieval system, without written permission from Hospitality Financial and Technology Professionals.

HFTP® and HITEC® are registered service marks of Hospitality Financial and Technology Professionals.

EX 4    PG 21

# EXHIBITORS | *By Company*

Companies listed in purple are HITEC 2011 sponsors.

**3M Security Systems** ................. 1346
Ph: 651-733-8712
jklu1@mmm.com
www.3m.com/securitysystems
- Check-in/Check-out
- Document Imaging
- I.D. Systems/Badges
- Kiosks
- Safety
- Security Access
- Self Check-in/Check-out

**AAHOA Lodging Business Magazine** ................. 1551
Ph: 770-263-7728
www.aahoa.com
- Advertising Specialties
- Information Services
- Marketing

**Abacus 21** ................. 1321
Ph: 800-544-7310
Sales@Abacus21.com
www.Abacus21.com
- Access Management
- Catering & Sales
- Club Management
- Food/Beverage Management
- Golf Course Management
- Inventory Control
- Membership
- Point-of-Sale
- Purchasing
- Spa Management

**Acom Computer Systems Ltd.** ....... 224
Ph: 514-344-6040
nroussis@acomhospitality.com
www.acomhospitality.com
- Accounting/Finance
- Asset Inventory/Evaluation
- Budgeting/Forecasting
- Business Intelligence
- Food/Beverage Management
- Inventory Control
- Purchasing
- Recipe/Menu Management

**Active Network, Resorts** .............. 116
Ph: 858-768-0773
activeresorts@activenetwork.com
www.ActiveResortSolutions.com
- Central Reservations
- Customer Relationship Management
- Facilities Management
- Financial Services
- Golf Course Management
- Loyalty Programs
- Point-of-Sale
- Reservation Systems
- Resort Management
- Sports/Leisure Activity

**Activision TV Inc.** ................. 1030
Ph: 239-513-9016
dgothardamd@aol.com
www.activisiontv.com
- Cloud Computing
- Concierge/Guest Services
- Digital Signage
- Interactive Display Systems
- Interactive TV
- IP TV
- Kiosks
- Systems Integration
- Video Conferencing
- WiFi

**Adaco** ................. 515
Ph: 203-838-3700
info@adaco.com
www.adaco.com
- Accounting/Finance
- Catering & Sales
- Food/Beverage Management
- Hand-held Terminals
- Inventory Control
- Liquor Control
- Purchasing
- Recipe/Menu Management
- Supply Chain Management

**AddressDoctor** ................. 1625
Ph: +49-6237-9774-0
Sales@AddressDoctor.com
www.AddressDoctor.com/hotel
- Check-in/Check-out
- Customer Relationship Management
- Data Analysis
- Data Transmission
- Loyalty Programs
- Software Development

**AEI Communications Corp.** .......... 251
Ph: 650-552-9416
info@aeicommunications.com
www.aeicommunications.com
- IP Telephony
- Telephones
- Voice Over IP
- Wireless Phones

**AFL** ................. 1620
Ph: 800-235-3423
sales@aflglobal.com
www.AFLglobal.com
- Broadband
- Cable TV
- Connectivity Solutions
- Data Infrastructure Design/Installation
- Helpdesk Services
- High Definition TV/VOD
- High-Speed Internet Access
- Internet Products & Services
- Internet Service Provider
- Mobile Device Apps

**Agilysys** ................. 607
Ph: 877-374-4783
hsgsales@agilysys.com
www.agilysys.com/hospitality
- Business Intelligence
- Check-in/Check-out
- Document Imaging
- Electronic Signature Capture
- Inventory Control
- PMS-Back Office
- PMS-Front Office
- Point-of-Sale
- Purchasing
- Workforce Management

**Airband Communications** .......... 1828
Ph: 866-247-2263
marketing@airband.com
www.airband.com
- Broadband
- Communications
- High-Speed Internet Access
- IP Telephony
- Voice Over IP
- Wireless Communications

**AirWatch** ................. 1331
Ph: 866-501-7704
AirWatchTeam@air-watch.com
www.air-watch.com
- Mobile Device Apps
- Network Management
- Network Security
- Security Management
- Telecom Management & Consulting
- WiFi
- Wireless Device Management
- Wireless LAN

**Alcatel-Lucent** ................. 715
deborah.tremblay@alcatel-lucent.com
www.alcatel-lucent.com
- Broadband
- Computer Telephony Integration (CTI)
- Data Infrastructure Design/Installation
- Data Transmission
- Digital Signage
- Telephone Systems (PBX)
- Telephones
- Wireless LAN

**Alert Logic** ................. 1813
www.alertlogic.com
- ASP Solutions
- Cloud Computing
- Computer Security
- IT Outsourcing
- Network Security
- Security Management

# *By Product* | EXHIBITORS

Libra OnDemand ....................................925
MeetingMatrix International, Inc. .......1025
Megasys Hospitality Systems ...............806
MSI/REMco .............................................231
Newmarket International, Inc..............307
NORTHWIND - Maestro Property Mgmt.
    Solutions ...........................................323
Passkey ...................................................131
ResortSuite ..........................................1441

## Central Reservations
Active Network, Resorts.......................116
Amadeus IT Group S.A. .........................819
B4Checkin Ltd......................................1226
Choice Hospitality Solutions ..............1725
Cultuzz....................................................940
Cybage Software Private Limited..........344
Hotel Concepts-Brilliant.......................723
Infor SoftBrands...................................201
InnLink Central Reservation Services ..1209
Megasys Hospitality Systems ...............806
MICROS Systems, Inc. ..........................113
NAVIS....................................................1015
PAR Springer-Miller Systems, Inc..........315
Passkey ...................................................131
Pegasus Solutions, Inc..........................1113
Resort Data Processing ........................552
Singapore Hospitality Technology
    Consortium .....................................1532
Travel Tripper........................................1415
Zephyr Guest Contact Solutions.........546

## Channel Management
Amadeus IT Group S.A. .........................819
EZYield..................................................1031
FRANCE 24 ............................................132
Hotel Concepts-Brilliant.......................723
Infor SoftBrands...................................201
Lanyon, Inc.............................................1832
Newmarket International, Inc..............307
RateGain.................................................142
RateTiger-eRevMax..............................215
Vertical Booking.....................................137

## Charging Stations
Brandstand Products.............................747
guestLINK ...............................................625
LogicLink, Inc. ......................................1142
Sawyers Company...................................139
TeleAdapt Inc. .......................................521

## Check Processing Services
Bank of America Merchant Services....1423
Magtek, Inc.............................................211
Shift4 Corporation ..............................1437

## Check-in/Check-out
3M Security Systems............................1346
AddressDoctor .....................................1625
Agilysys..................................................607
AutoClerk Inc. ......................................1707
Computime ...........................................1431

DuVoice Corporation.............................449
Galaxy Hotel Systems ...........................301
MConcierge Systems..............................848
Megasys Hospitality Systems ...............806
MICROS Systems, Inc. ...........................113
MSI/REMco .............................................231
OpenWays...............................................1834
PAR Springer-Miller Systems, Inc..........315
Planet Payment ....................................114
RSI-RoomKey PMS .................................933
Singapore Hospitality Technology
    Consortium .....................................1532
VingCard Elsafe .....................................907

## Clocks, Cyclers, or Programmable Controls
Brandstand Products.............................747
Evolve Guest Controls..........................1345
Stevens Digital Group ..........................1808

## Closed Circuit TV
ATX Networks.......................................1614
CLC Networks ........................................753

## Cloud Computing
Activision TV Inc...................................1030
Alert Logic.............................................1813
Amadeus IT Group S.A. .........................819
Attendance on Demand, Inc.................247
Beverage Metrics, Inc...........................1306
BirchStreet Systems .............................1315
Business Only Broadband LLC...............141
Cendyn..................................................639
Choice Hospitality Solutions ..............1725
Club Software, Inc.................................1321
Datavision Technologies, Inc. ...............237
Dell/TACS ..............................................1517
EZYield..................................................1031
Givex.......................................................810
HexiSTOR Data Protection Services....108
Homisco, Inc..........................................213
Hotel Concepts-Brilliant.......................723
Infor SoftBrands...................................201
innAcloud Technologies .......................550
InnLink Central Reservation Services ..1209
Libra OnDemand....................................925
MConcierge Systems..............................848
Meraki, Inc.............................................1826
MTech.....................................................825
Ness Technologies................................444
NIIT Technologies, Inc..........................1435
nSTREAMS Technologies, Inc..............1051
PAR Springer-Miller Systems, Inc..........315
PAS ..........................................................503
RSI-RoomKey PMS .................................933
SAS Institute Inc....................................124
Spa, Fitness & Activity Software by
    GramercyOne.....................................745
WebRezPro Property Management
    System .............................................1119

## Club Management
Abacus 21 .............................................1321
BirchStreet Systems .............................1315
ChefTec/Culinary Software Services ......440
clubsystems group (CSG) .....................1321
Crowley Programming, Inc...................1321
CSI Software .........................................1321
CSI Virtual MasterCard........................1539
IBS-Club Management Software.........1321
Jonas Software............................501; 1321
Northstar Club Management Software1321
ResortSuite ..........................................1441
Spa, Fitness & Activity Software by
    GramercyOne.....................................745
TAC - Reservation Assistant .................339

## Comment Card Database
B4Checkin Ltd......................................1226

## Communications
Airband Communications ....................1828
Ascom (US) Inc.......................................527
AT&T Wi-Fi Services ............................1531
Axxess Industries Inc.............................831
Bartech Systems International .............446
Business Only Broadband LLC...............141
Cotell International Limited .................453
DuVoice Corporation.............................449
Elfiq Networks ......................................106
Four Winds Interactive .........................431
GuestWifi, A Division of Spot On
    Networks .........................................1809
National Purchasing Partners..............1312
NEC Corporation of America..............1307
Pinnacle Communications.....................447
SkyWire Media Inc. ...............................343
Symon...................................................1607
The Hotel Communication
    Network, Inc. ..................................1447
VCORE powered by DCI .......................1552
Vocera Communications, Inc...............1121
Zephyr Guest Contact Solutions...........546
Zhuhai Huawang Communication
    Equipment Co., Ltd.........................1451

## Computer Accessories
Archelon Enclosures............................1735
Brandstand Products.............................747
Cables To Go .........................................136
guestLINK ...............................................625
HotelComputers.com ...........................122
TeleAdapt Inc. .......................................521

## Computer Security
Alert Logic.............................................1813
Archelon Enclosures............................1735
HexiSTOR Data Protection Services.......108
HotelComputers.com ...........................122
Tidel Engineering ................................1514
Trustwave ..............................................442
Uniguest ................................................910
ValuePoint Networks ...........................807

# EXHIBITORS | *By Product*

## Computer Telephony Integration (CTI)

Alcatel-Lucent.....................................715
Attendance on Demand, Inc..................247
Datanamics Non Stop Networks...........707
innAcloud Technologies ......................550
Mitel Corporation ...............................531
NEC Corporation of America .............1307
New Voice North America ...................152
NIIT Technologies, Inc......................1435
PhoneSuite.......................................1722
Systems Design &
    Development, Inc. (SDD) .................415

## Computerized Energy Management

Bartech Systems International ............446
Evolve Guest Controls.......................1345
INNCOM International, Inc..................101
Magnum Energy Solutions.................1047
Muzak LLC .........................................451
Ovation Networks, Inc......................1713
Panoptic Technology Inc....................1549
Verve Living Systems........................1525
VingCard Elsafe .................................907

## Concierge/Guest Services

Activision TV Inc...............................1030
Archelon Enclosures..........................1735
Cendyn.............................................639
Eleven..............................................645
FCS Computer Systems .......................839
Flyte Systems ..................................1230
Four Winds Interactive ......................431
GuestWare.........................................220
Intelity.............................................615
Interalia ..........................................1453
JANUS Displays...................................331
Libra OnDemand.................................925
Life|ware............................................551
MConcierge Systems...........................848
Nevotek ............................................720
nSTREAMS Technologies, Inc..............1051
Peacey Systems Inc ..........................1120
Resort Data Processing ......................552
RSI-RoomKey PMS ..............................933
runtriz.............................................1835
SkyWire Media Inc. ............................343
Sprint...............................................351
Square [i] International .....................1507
The Hotel Communication
    Network, Inc. ...............................1447
TTI Technologies.................................134
Vertical Systems, Inc........................1037
VingCard Elsafe .................................907
Zephyr Guest Contact Solutions..........546

## Condo/Timeshare

Archelon Enclosures..........................1735
AutoClerk Inc...................................1707
Choice Hospitality Solutions ..............1725
Hotel Concepts-Brillant......................723

IQWARE INC. .....................................943
NORTHWIND - Maestro Property Mgmt.
    Solutions......................................323
PAR Springer-Miller Systems, Inc........315
Resort Data Processing ......................552
RSI-RoomKey PMS ..............................933

## Connectivity Solutions

AFL.................................................1620
Ascom (US) Inc..................................527
Bittel Americas..................................441
Broadband Enterprise ......................1709
Business Only Broadband LLC..............141
Cables To Go .....................................136
Cendyn.............................................639
Cybage Software Private Limited ........344
Deep Blue Communications...............1829
DuVoice Corporation...........................449
Eleven..............................................645
Elfiq Networks ..................................106
Enseo, Inc. ......................................1018
EZYield...........................................1031
guestLINK .........................................625
Guest-tek..........................................548
iBAHN..............................................221
InnLink Central Reservation Services ..1209
Intello Technologies Inc....................1125
Lanyon, Inc......................................1832
NIIT Technologies, Inc......................1435
RateTiger-eRevMax.............................215
Ruckus Wireless ..............................1019
Sabre Hospitality Solutions ................913
TeleAdapt Inc. ..................................521

## Credit Card Processing

Bank of America Merchant Services....1423
CSI Virtual MasterCard......................1539
Elavon..............................................425
Magtek, Inc.......................................211
Merchant Link....................................121
Planet Payment..................................114
Shift4 Corporation ...........................1437
SIX Card Solutions ...........................1733
Spa, Fitness & Activity Software by
    GramercyOne.................................745

## Credit Card Readers

Archelon Enclosures..........................1735
Bank of America Merchant Services....1423
Galaxy Hotel Systems .........................301
Magtek, Inc.......................................211
SIX Card Solutions ...........................1733
VeriFone, Inc.....................................934

## Customer Relationship Management

Active Network, Resorts......................116
AddressDoctor .................................1625
Cendyn.............................................639
Datavision Technologies, Inc. .............237
Edgewater Technology Inc.................1118
Givex...............................................810
Guest Direct......................................148

GuestWare.........................................220
Hotel Industry .................................1724
HotelEXPERT .....................................209
hyphen Information Systems
    Management .................................518
Libra OnDemand.................................925
MConcierge Systems...........................848
Metasphere Technologies...................1530
MSI/REMco .......................................231
MTech...............................................825
NAVIS..............................................1015
Northstar Club Management Software1321
NORTHWIND - Maestro Property Mgmt.
    Solutions......................................323
Passkey.............................................131
Resort Data Processing ......................552
ResortSuite .....................................1441
SAS Institute Inc................................124
SkyWire Media Inc. ............................343
Spa, Fitness & Activity Software by
    GramercyOne.................................745
Teradata Corporation..........................419
ZDirect, Inc.......................................145
Zephyr Guest Contact Solutions..........546

## Data Analysis

AddressDoctor .................................1625
Alloso Technologies..........................1337
Beverage Metrics, Inc......................1306
Crowley Programming, Inc................1321
Datavision Technologies, Inc. .............237
Givex...............................................810
Infor SoftBrands................................201
Libra OnDemand.................................925
Lixto Inc. ..........................................146
Metasphere Technologies...................1530
MicroStrategy, Inc. ..........................1143
NIIT Technologies, Inc......................1435
Planet Payment..................................114
ProfitSword.......................................709
SAS Institute Inc................................124
Teradata Corporation..........................419
Workforce-Velocity.............................653
ZDirect, Inc.......................................145

## Data Infrastructure Design/ Installation

AFL.................................................1620
Alcatel-Lucent.....................................715
Aptech Computer Systems, Inc...........401
AVAYA..............................................937
Broadband Enterprise ......................1709
Datatrend Technologies Inc................600
Edgewater Technology Inc.................1118
VCORE powered by DCI ....................1552
Vecima Networks..............................1729

## Data Transmission

AddressDoctor .................................1625
Alcatel-Lucent.....................................715
Broadband Enterprise ......................1709
Elfiq Networks ..................................106
Time Warner Cable Business Class .....1543

# *By Product* | EXHIBITORS

Vecima Networks ...................................1729
VeriFone, Inc...........................................934

## Data Warehousing

Cendyn.....................................................639
Datavision Technologies, Inc. ..............237
Givex.........................................................810
Metasphere Technologies...................1530
NAVIS.....................................................1015
NIIT Technologies, Inc.........................1435
One Safe Place Media Corp..................626
ProfitSword..............................................709
Rubicon, A Travelclick Company.........919
SAS Institute Inc....................................124
Teradata Corporation..........................419
ZDirect, Inc.............................................145

## Digital Dashboards

Evolve Guest Controls.........................1345
Four Winds Interactive ........................431
MicroStrategy, Inc. ..............................1143
Symon.....................................................1607

## Digital Fax

DuVoice Corporation.............................449

## Digital Signage

Activision TV Inc...................................1030
Alcatel-Lucent........................................715
ARINC.....................................................1550
AT&T Wi-Fi Services .............................1531
at-visions...............................................1137
AVT Integrated Solutions ...................1147
Cables To Go ..........................................136
CLC Networks .........................................753
Datatrend Technologies Inc..................600
DirectStreams ........................................739
DISH Network ........................................951
Display Systems International, Inc........104
DSS Installations ...................................852
Electro-Media Design, Ltd..................1419
Enseo, Inc..............................................1018
Flyte Systems ......................................1230
Ford Audio-Video Systems, Inc. .........942
Four Winds Interactive ........................431
HUGHES..................................................938
Immersion Technology ........................1515
InfoValue Computing, Inc...................1131
Intello Technologies Inc......................1125
JANUS Displays......................................331
Just In Time Communications.............1253
LG Electronics USA, Inc.........................631
LodgeNet Interactive Corporation......407
Lucasey Manufacturing Corp...............833
Multicom, Inc.........................................837
Muzak LLC ..............................................451
Nevotek ..................................................720
nSTREAMS Technologies, Inc.............1051
Panasonic Solutions Company ...........1407
Pinnacle Communications.....................447
Sonu Satellite.......................................1612
Sprint......................................................351
Symon.....................................................1607

TAC - Reservation Assistant .................339
The Hotel Communication
   Network, Inc. ...................................1447
Tribune Media Services ......................1815
Uniguest ................................................910
Z-Band (Video), Inc. ............................843

## Digital Storage

HexiSTOR Data Protection Services.......108
LG Electronics USA, Inc. .......................631

## Digital Thermostats

EnOcean Alliance Inc...........................1821
Evolve Guest Controls.........................1345
INNCOM International, Inc....................101
Magnum Energy Solutions..................1047
Ovation Networks, Inc.........................1713

## Disaster Recovery

Elfiq Networks ......................................106
HD Communications Corp....................130
HexiSTOR Data Protection Services.......108

## Document Imaging

3M Security Systems ...........................1346
Agilysys...................................................607
Alloso Technologies.............................1337
Fujitsu Computer Products
   of America, Inc.................................846

## E-Business

B4Checkin Ltd.......................................1226
Cultuzz...................................................940
LogicLink, Inc. ......................................1142
Moreton Bay Technology Pty. Ltd. ......602
TravelShark (formerly Swiftrank).........217
TTI Technologies...................................134
Yellow Dog Software.........................1321
ZDirect, Inc.............................................145

## Electrical Power Distribution Systems

Verve Living Systems..........................1525

## Electronic Data Interchange

CSI Virtual MasterCard........................1539
Merchant Link........................................121

## Electronic Display/Message Boards

Axxess Industries Inc..............................831
Datatrend Technologies Inc..................600
Display Systems International, Inc........104
Electro-Media Design, Ltd..................1419
Flyte Systems .......................................1230
Four Winds Interactive ........................431
JANUS Displays......................................331
Muzak LLC ..............................................451
Panasonic Solutions Company ...........1407
The Hotel Communication
   Network, Inc. ...................................1447
Toner Cable Equipment Inc. ...............1618
Tribune Media Services ......................1815

## Electronic Distribution

Amadeus IT Group S.A. .........................819
EZYield...................................................1031
Lanyon, Inc...........................................1832

## OpenTravel

Pegasus Solutions, Inc........................1113
RateGain.................................................142
RateTiger-eRevMax..............................215
Sabre Hospitality Solutions ................913
TravelShark (formerly Swiftrank)..........217
Travelsurf (Pvt) Ltd................................651

## Electronic Funds Transfer

CSI Virtual MasterCard........................1539
Givex.......................................................810
SIX Card Solutions ..............................1733

## Electronic Locking Systems

Onity.....................................................1043
OpenWays...............................................1834
VingCard Elsafe ....................................907

## Electronic Meetings

Electro-Media Design, Ltd..................1419
The Hotel Communication
   Network, Inc. ...................................1447

## Electronic Signature Capture

Agilysys...................................................607
Computime ...........................................1431
VeriFone, Inc..........................................934

## Email

Cendyn.....................................................639
clubsystems group (CSG) ..................1321
Hospitality Upgrade & Hotel Online......722
Jonas Software............................501; 1321
Libra OnDemand....................................925
Lodging Hospitality.............................1220
Milestone Internet Marketing, Inc.......312
ZDirect, Inc.............................................145

## Emergency Systems

DSS Installations ...................................852
Ford Audio-Video Systems, Inc. ..........942
Four Winds Interactive .........................431
HexiSTOR Data Protection Services.......108
Homisco, Inc...........................................213
Interalia ................................................1453
JANUS Displays......................................331
Tidel Engineering .................................1514
Z-Band (Video), Inc. ............................843

## Encryption Management

ATX Networks .......................................1614
Magtek, Inc............................................211
Merchant Link.........................................121
Pico Digital ..........................................1548
Trustwave ..............................................442
Vecima Networks ...............................1729
VeriFone, Inc..........................................934

EX 4    PG 25

# EXHIBITORS | *By Product*

HSIA continued from page 93.

Smart Hospitality .....................................746
Sunray.....................................................1213
Swisscom Hospitality Services...............151
Systems Design &
      Development, Inc. (SDD) ..................415
TeleAdapt Inc. ........................................521
Telkonet/EthoStream............................1807
The Eric Ryan Corporation .................1440
TigerTMS plc ...........................................110
Time Warner Cable Business Class ......1543
Toner Cable Equipment Inc. .................1618
ValuePoint Networks .............................807
VCORE powered by DCI .....................1552
VDA USA .................................................357
Vertical Systems, Inc.............................1037
Wifi-soft Solutions ................................1811
XETA Technologies ................................308
Zhone Technologies................................520

**Hot Water Heating Systems**
ClearWater Tech, LLC..........................1519

**Housekeeping**
Axxess Industries Inc..............................831
ClearWater Tech, LLC..........................1519
Metasphere Technologies....................1530
MTech ....................................................825
Workforce-Velocity.................................653

**Human Resources**
Data Plus Hospitality Solutions ............314
TMx Labor Solutions by
      TimeManagement.............................516

**HVAC**
EnOcean Alliance Inc............................1821
Evolve Guest Controls..........................1345
Ovation Networks, Inc.........................1713
Verve Living Systems.............................1525

**I.D. Systems/Badges**
3M Security Systems ............................1346
Cawley Digital ID ..................................623
Immersion Technology .........................1515
TTI Technologies....................................134

**Implementation & Training**
BirchStreet Systems .............................1315
Galaxy Hotel Systems ............................301
hyphen Information Systems
      Management ....................................518
PAS .........................................................503
Venza Group, Inc. ..................................726

**Industry Publication**
Hospitality Financial and Technology
      Professionals.....................................165
Hospitality Upgrade & Hotel Online......722
Hotel Interactive Network....................1830
HOTELS Magazine.................................1711
Lodging Hospitality ..............................1220

**Information Services**
AAHOA Lodging Business Magazine....1551
Alloso Technologies..............................1337
Archelon Enclosures.............................1735
Broadband Enterprise .........................1709
Dell/TACS .............................................1517
Flyte Systems .......................................1230
Hospitality Upgrade & Hotel Online......722
Interalia ................................................1453

**In-room Detectors/Infrared
Sensors**
EnOcean Alliance Inc............................1821
Evolve Guest Controls..........................1345
INNCOM International, Inc......................101
Verve Living Systems.............................1525

**In-room Movies**
DIRECTV..................................................157
Flagstaff Corp ......................................1806
Hotel Internet Services.........................1222
iBAHN .....................................................221
InfoValue Computing, Inc....................1131
Nevotek...................................................720
nSTREAMS Technologies, Inc...............1051
Panoptic Technology Inc......................1549
RoomLinx...............................................1351
Smart Hospitality ..................................746
Stevens Digital Group ..........................1808
SuiteLinq Inc. ........................................1151
Swisscom Hospitality Services...............151
TeleAdapt Inc. ........................................521
Tribune Media Services ........................1815
VDA USA .................................................357
VideoPropulsion.....................................815

**Interactive Display Systems**
Activision TV Inc...................................1030
Cotell International Limited ..................453
Enseo, Inc.............................................1018
Evolve Guest Controls..........................1345
Flyte Systems .......................................1230
Ford Audio-Video Systems, Inc. ...........942
Four Winds Interactive .........................431
HUGHES..................................................938
Incentient..............................................1631
JANUS Displays.......................................331
LG Electronics USA, Inc. .......................631
Life|ware ................................................551
Philips Hospitality / P&F USA ..............1231
Realview TV ...........................................164
RoomLinx...............................................1351
Symon ...................................................1607
The Hotel Communication
      Network, Inc. ..................................1447
Tribune Media Services ........................1815

**Interactive TV**
Activision TV Inc...................................1030
at-visions ..............................................1137
DirectStreams .........................................739

DISH Network ........................................951
DSS Installations ...................................852
Enseo, Inc.............................................1018
Ford Audio-Video Systems, Inc. ...........942
Guest-tek ...............................................548
iBAHN .....................................................221
InfoValue Computing, Inc....................1131
Intelity....................................................615
LG Electronics USA, Inc. .......................631
Life|ware ................................................551
LodgeNet Interactive Corporation........407
Nevotek...................................................720
nSTREAMS Technologies, Inc...............1051
Panasonic Solutions Company ...........1407
Panoptic Technology Inc......................1549
Philips Hospitality / P&F USA ..............1231
RoomLinx...............................................1351
Smart Hospitality ..................................746
Sonu Satellite.......................................1612
Square [i] International ........................1507
SuiteLinq Inc. ........................................1151
Superclick Networks .............................537
Swisscom Hospitality Services...............151
TELEVUE.................................................1825
VDA USA .................................................357
VideoPropulsion.....................................815

**Interface**
Amadeus IT Group S.A. .........................819
Choice Hospitality Solutions ..............1725
Crowley Programming, Inc...................1321
EZYield...................................................1031
Galaxy Hotel Systems ............................301
Merchant Link ........................................121
PAS .........................................................503
ProfitSword.............................................709
Systems Design &
      Development, Inc. (SDD) ..................415
TigerTMS plc ...........................................110

**Internet Products & Services**
AFL.........................................................1620
Attendance on Demand, Inc..................247
AVT Integrated Solutions .....................1147
Broadband Enterprise .........................1709
Business Only Broadband LLC...............141
clubsystems group (CSG) ....................1321
Comcast Cable......................................1615
Cultuzz...................................................940
Eleven ....................................................645
Elfiq Networks .......................................106
Guest Direct...........................................148
Guest-tek ...............................................548
GuestWifi, A Division of Spot On
      Networks ........................................1809
HD Communications Corp. ...................130
Hospitality Technical Services...............345
Hotel Interactive Network....................1830
Hotel Internet Services.........................1222
iBAHN .....................................................221
InnLink Central Reservation Services ..1209
Intello Technologies Inc......................1125

# *By Product* | EXHIBITORS

ISPN ....................................908
Jonas Software..........................501; 1321
MeetingMatrix International, Inc. .......1025
Meraki, Inc. ............................1826
Milestone Internet Marketing, Inc........312
NewspaperDirect, Inc...................621
Nomadix ...............................1218
Realview TV ............................164
RoomLinx ..............................1351
Sabre Hospitality Solutions ...............913
Sawyers Company.......................139
Single Digits Inc. .......................750
Stevens Digital Group ...................1808
Sunray...................................1213
Superclick Networks .....................537
Swisscom Hospitality Services............151
Systems Design &
    Development, Inc. (SDD) ...............415
TeleAdapt Inc. ..........................521
Telkonet/EthoStream....................1807
The Eric Ryan Corporation ...............1440
The Hotel Communication
    Network, Inc. ........................1447
Time Warner Cable Business Class ......1543
Travelsurf (Pvt) Ltd. .....................651
ValuePoint Networks ....................807
WebRezPro Property Management
    System ..............................1119
Wifi-soft Solutions ......................1811
Zephyr Guest Contact Solutions...........546

## Internet Service Provider

AFL......................................1620
Broadband Enterprise ....................1709
Business Only Broadband LLC..............141
Comcast Cable..........................1615
Cultuzz..................................940
DISH Network ..........................951
Guest-tek ...............................548
GuestWifi, A Division of Spot On
    Networks ............................1809
iBAHN ..................................221
ISPN ....................................908
Sprint ...................................351
Time Warner Cable Business Class ......1543
ValuePoint Networks ....................807
Velocity, The Greatest Phone Company
    Ever, Inc. ...........................1438

## Inventory Control

Abacus 21 ..............................1321
Acom Computer Systems Ltd. ...........224
Adaco ...................................515
Agilysys..................................607
BirchStreet Systems .....................1315
Cenium .................................1241
ChefTec/Culinary Software Services ......440
Data Plus Hospitality Solutions ...........314
FOOD TRAK.......................421; 1321
Moreton Bay Technology Pty. Ltd. ........602
Passkey .................................131
RateTiger-eRevMax......................215
TrackIT LLC..............................906
Yellow Dog Software......................1321

## IP Equipment - Misc.

Broadband Enterprise ....................1709
HD Communications Corp.................130
Intello Technologies Inc..................1125
Nomadix ...............................1218
Pico Digital .............................1548
Pinnacle Communications..................447
Stevens Digital Group ...................1808
TTI Technologies........................134
ValuePoint Networks ....................807
VCORE powered by DCI .................1552
Winncom Technologies Corp. ............144

## IP Telephony

AEI Communications Corp. ...............251
Airband Communications ................1828
AVAYA .................................937
Bittel Americas..........................441
CLC Networks .........................753
Cotell International Limited ..............453
Datanamics Non Stop Networks ..........707
Datatrend Technologies Inc...............600
iBAHN ..................................221
innAcloud Technologies .................550
InnFlux HSIA ...........................120
Mitel Corporation .......................531
Multicom, Inc...........................837
NEC Corporation of America............1307
Nevotek .................................720
New Voice North America ...............152
PhoneSuite..............................1722
Phybridge Inc. ..........................1310
Pinnacle Communications..................447
Square [i] International ...................1507
Superclick Networks .....................537
Thing5 ..................................1621
VCORE powered by DCI .................1552
Vocera Communications, Inc............1121

## IP TV

Activision TV Inc.........................1030
at-visions ...............................1137
ATX Networks .........................1614
CallTek Center International, Inc. ........1827
DirectStreams ..........................739
DISH Network ..........................951
DSS Installations ........................852
Elfiq Networks ..........................106
Enseo, Inc...............................1018
Guest-tek ...............................548
Hotel Internet Services ..................1222
iBAHN ..................................221
InfoValue Computing, Inc................1131
Just In Time Communications.............1253
LG Electronics USA, Inc. .................631
LodgeNet Interactive Corporation........407
nSTREAMS Technologies, Inc............1051
Philips Hospitality / P&F USA ............1231
Phybridge Inc. ..........................1310
Pico Digital .............................1548
Smart Hospitality .......................746
Sonu Satellite...........................1612
Square [i] International ...................1507

SuiteLinq Inc. ...........................1151
Superclick Networks .....................537
Swisscom Hospitality Services............151
TELEVUE ...............................1825
Toner Cable Equipment Inc. ..............1618
VDA USA ..............................357
VideoPropulsion........................815

## IT Consulting

Cenium .................................1241
Crowley Programming, Inc...............1321
Cybage Software Private Limited ........344
Datanamics Non Stop Networks ..........707
Dell/TACS...............................1517
Edgewater Technology Inc................1118
Electro-Media Design, Ltd................1419
hyphen Information Systems
    Management .........................518
Metasphere Technologies................1530
NIIT Technologies, Inc....................1435
One Safe Place Media Corp...............626
Single Digits Inc. .......................750
Square [i] International ...................1507
Teradata Corporation....................419
Travelsurf (Pvt) Ltd. .....................651

## IT Outsourcing

Alert Logic ..............................1813
Amadeus IT Group S.A. .................819
Cybage Software Private Limited ........344
Datanamics Non Stop Networks ..........707
Dell/TACS...............................1517
Guest Direct.............................148
hyphen Information Systems
    Management .........................518
ISPN ....................................908
Ness Technologies......................444
NIIT Technologies, Inc....................1435
One Safe Place Media Corp...............626
Peacey Systems Inc .....................1120
Travelsurf (Pvt) Ltd. .....................651

## Kiosks

3M Security Systems ....................1346
Activision TV Inc.........................1030
Computime ............................1431
DirectStreams ..........................739
Eleven ..................................645
Flyte Systems ...........................1230
Four Winds Interactive ..................431
HotelComputers.com ...................122
LG Electronics USA, Inc. .................631
LogicLink, Inc. ..........................1142
OpenWays..............................1834
Panasonic Solutions Company ...........1407
Precision Dynamics Corporation .........125
PrinterOn Corporation...................514
Realview TV ............................164
SIX Card Solutions ......................1733
Symon .................................1607
Uniguest ...............................910
Vertical Systems, Inc.....................1037
Zephyr Guest Contact Solutions...........546

# EXHIBITORS | *By Product*

*Software Development continued from page 99.*

ProfitSword.........................................709
SAS Institute Inc................................124
Spa, Fitness & Activity Software by
    GramercyOne.............................745
Teradata Corporation.........................419
Travelsurf (Pvt) Ltd...........................651

## Spa Management

Abacus 21.........................................1321
IQWARE INC......................................943
NORTHWIND - Maestro Property Mgmt.
    Solutions....................................323
PAR Springer-Miller Systems, Inc..........315
ResortSuite.......................................1441
Spa, Fitness & Activity Software by
    GramercyOne.............................745
TAC - Reservation Assistant.................339
Yellow Dog Software..........................1321

## Sports/Leisure Activity

Active Network, Resorts.......................116
PAR Springer-Miller Systems, Inc..........315
Spa, Fitness & Activity Software by
    GramercyOne.............................745
TAC - Reservation Assistant.................339

## Stand-alone Telephone Call Billing

Homisco, Inc......................................213
TigerTMS plc.....................................110

## Supply Chain Management

Adaco...............................................515
Cenium..............................................1241
BirchStreet Systems...........................1315
FOOD TRAK............................421; 1321
Hotel Interactive Network....................1830

## Surveillance Systems

CLC Networks.....................................753
Datatrend Technologies Inc.................600
Deep Blue Communications..................1829
HUGHES............................................938
New Voice North America....................152
PCM Technologies..............................1341
Pinnacle Communications....................447
Sprint...............................................351
WAV Wirless Outfitters........................140
Winncom Technologies Corp................144

## Survey Systems

hyphen Information Systems
    Management...............................518
runtriz..............................................1835
UniFocus...........................................1308
ZDirect, Inc.......................................145

## Systems Integration

Activision TV Inc................................1030
Amadeus IT Group S.A.......................819
Aptech Computer Systems, Inc............401
AVT Integrated Solutions....................1147
CLC Networks.....................................753

Crestron Electronics, Inc.....................525
Crowley Programming, Inc...................1321
Datanamics Non Stop Networks...........707
Dell/TACS.........................................1517
EnOcean Alliance Inc..........................1821
EZYield.............................................1031
Flyte Systems....................................1230
hyphen Information Systems
    Management...............................518
Muzak LLC........................................451
Newmarket International, Inc...............307
NIIT Technologies, Inc........................1435
PAR Springer-Miller Systems, Inc..........315
PAS...................................................503
PCM Technologies..............................1341
Stevens Digital Group.........................1808
Superclick Networks...........................537
Systems Design &
    Development, Inc. (SDD)...............415
XETA Technologies..............................308

## Table Management

MICROS Systems, Inc..........................113

## Telecom Management & Consulting

AirWatch............................................1331
AT&T Wi-Fi Services...........................1531
Business Only Broadband LLC...............141
Metropolis Technologies......................813
Systems Design &
    Development, Inc. (SDD)...............415
The Eric Ryan Corporation...................1440
Thing5..............................................1621
XETA Technologies..............................308

## Teleconferencing

AT&T Wi-Fi Services...........................1531
Electro-Media Design, Ltd...................1419
Ford Audio-Video Systems, Inc............942
Mitel Corporation...............................531
PAETEC.............................................835

## Telephone Systems (PBX)

Alcatel-Lucent....................................715
CLC Networks.....................................753
Cotell International Limited..................453
innAcloud Technologies.......................550
InnFlux HSIA......................................120
Multicom, Inc.....................................837
NEC Corporation of America................1307
Nevotek.............................................720
PAETEC.............................................835
PhoneSuite........................................1722
Pinnacle Communications....................447
The Eric Ryan Corporation...................1440
Thing5..............................................1621
VCORE powered by DCI.......................1552
XETA Technologies..............................308

## Telephones

AEI Communications Corp....................251
Alcatel-Lucent....................................715

Ascom (US) Inc..................................527
Bittel Americas..................................441
Cetis, Inc..........................................1007
Cotell International Limited..................453
Mitel Corporation...............................531
NEC Corporation of America................1307
PAETEC.............................................835
Pinnacle Communications....................447
The Eric Ryan Corporation...................1440
TigerTMS plc.....................................110
Time Warner Cable Business Class.......1543
VTech Hotel Phones............................1107
Zhuhai Huawang Communication
    Equipment Co., Ltd......................1451

## Timekeeping/Time clocks

Attendance on Demand, Inc.................247
TMx Labor Solutions by
    TimeManagement........................516
UniFocus...........................................1308
Workforce-Velocity..............................653

## Touch Screens

AVAYA..............................................937
Cotell International Limited..................453
Crestron Electronics, Inc.....................525
Four Winds Interactive.........................431
HotelComputers.com...........................122
INNCOM International, Inc...................101
Intelity.............................................615
JANUS Displays..................................331
Life|ware...........................................551
Magnum Energy Solutions...................1047
MConcierge Systems............................848
Panasonic Solutions Company..............1407
runtriz..............................................1835
Squirrel Systems.................................346
SuiteLinq Inc......................................1151
Symon...............................................1607
ToteVision..........................................1207
VeriFone, Inc......................................934
Vertical Systems, Inc...........................1037

## Training

Choice Hospitality Solutions.................1725
Cornell University Center for Hospitality
    Research.....................................1616
Datanamics Non Stop Networks...........707
Galaxy Hotel Systems..........................301
Hospitality Financial and Technology
    Professionals...............................165
Hospitality Sales & Marketing
    Association International................1339
HUGHES............................................938
hyphen Information Systems
    Management...............................518
International Hospitality Information
    Technology Association.................165
Venza Group, Inc................................726

## Travel Agency Processing

Dell/TACS.........................................1517
Travel Tripper....................................1415

EX 4    PG 28

# *By Product* | EXHIBITORS

## Travel Information Systems
Flyte Systems ....................................1230
Hotel Management Magazine .............932
Lanyon, Inc............................................1832

## Travel Services
Hotel Management Magazine .............932
MacroView Labs ................................1819
Travelsurf (Pvt) Ltd. ............................651

## TV Programming
ATX Networks....................................1614
Bulk TV & Internet...............................809
DIRECTV.............................................157
DISH Network .....................................951
Display Systems International, Inc........104
DSS Installations ................................852
Enseo, Inc..........................................1018
Flagstaff Corp ...................................1806
Flyte Systems ....................................1230
FRANCE 24 .........................................132
Just In Time Communications.............1253
Multicom, Inc......................................837
Smart Hospitality ................................746
Sonu Satellite....................................1612
Stevens Digital Group ........................1808
SuiteLinq Inc. ....................................1151
TELEVUE ...........................................1825
Toner Cable Equipment Inc. ..............1618
Tribune Media Services ......................1815
VDA USA .............................................357
Vecima Networks...............................1729
World Cinema, Inc................................636

## TVs/Theater Systems
Electric Mirror ....................................243
Flagstaff Corp ...................................1806
Hotel Internet Services.......................1222
Just In Time Communications.............1253
LG Electronics USA, Inc. ......................631
Multicom, Inc......................................837
Muzak LLC ...........................................451
Panasonic Solutions Company ...........1407
PCM Technologies...............................1341
Philips Hospitality / P&F USA .............1231
Sawyers Company................................139
Sonu Satellite....................................1612
Square [i] International......................1507
ToteVision ..........................................1207
ZVOX Audio..........................................931

## Two-way Radios
HD Communications Corp....................130
Motorola Solutions ............................1249
Winncom Technologies Corp. ..............144

## Uniform/Linen Management
ClearWater Tech, LLC..........................1519
InvoTech Systems, Inc..........................236

## Video Conferencing
Activision TV Inc.................................1030
AVAYA.................................................937
Electro-Media Design, Ltd..................1419
Ford Audio-Video Systems, Inc. ...........942
Hotel Interactive Network...................1830
LG Electronics USA, Inc. ......................631
Mitel Corporation ...............................531
NEC Corporation of America ..............1307
Sprint .................................................351

## Video Games
guestLINK ...........................................625
TeleAdapt Inc......................................521

## Video Messaging
PCM Technologies...............................1341
Realview TV ........................................164
Tribune Media Services ......................1815

## Video On Demand
at-visions ...........................................1137
Deep Blue Communications................1829
DIRECTV.............................................157
Guest-tek ...........................................548
Hotel Internet Services.......................1222
InfoValue Computing, Inc...................1131
LodgeNet Interactive Corporation........407
Multicom, Inc......................................837
Nevotek ..............................................720
Panoptic Technology Inc....................1549
PCM Technologies...............................1341
Smart Hospitality ................................746
Square [i] International......................1507
SuiteLinq Inc. ....................................1151
VDA USA .............................................357
Vecima Networks...............................1729
VideoPropulsion..................................815
XETA Technologies ..............................308

## Voice Messaging
AVAYA.................................................937
DuVoice Corporation............................449
FCS Computer Systems ........................839
Homisco, Inc.......................................213
Muzak LLC ...........................................451
NEC Corporation of America ..............1307
PAETEC................................................835
PCM Technologies...............................1341
PhoneSuite..........................................1722
Thing5................................................1621
TigerTMS plc ......................................110
Vocera Communications, Inc..............1121

## Voice Over IP
AEI Communications Corp. ..................251
Airband Communications ..................1828
Aruba Networks.................................1715
Ascom (US) Inc....................................527
AVAYA.................................................937
Bittel Americas...................................441

CallTek Center International, Inc.........1827
Cetis, Inc. ..........................................1007
Cotell International Limited ................453
Datatrend Technologies Inc................600
HUGHES.............................................938
 innAcloud Technologies ....................550
ISPN ..................................................908
Mitel Corporation ...............................531
Motorola Solutions ............................1249
Multicom, Inc......................................837
NEC Corporation of America ..............1307
Nevotek ..............................................720
PAETEC................................................835
Panoptic Technology Inc....................1549
PhoneSuite..........................................1722
Phybridge Inc. ...................................1310
Pinnacle Communications....................447
Ruckus Wireless .................................1019
The Eric Ryan Corporation ................1440
Thing5................................................1621
TigerTMS plc ......................................110
Time Warner Cable Business Class .....1543
Toner Cable Equipment Inc. ..............1618
VCORE powered by DCI ......................1552
Vocera Communications, Inc..............1121
VTech Hotel Phones ...........................1107
XETA Technologies ..............................308

## WAN
Aruba Networks.................................1715
Broadband Enterprise ........................1709
Elfiq Networks ...................................106
iBAHN ................................................221
InnFlux HSIA ......................................120
Intello Technologies Inc.....................1125
Meraki, Inc........................................1826
Single Digits Inc..................................750
Sprint .................................................351
Time Warner Cable Business Class .....1543
ValuePoint Networks ...........................807
WAV Wireless Outfitters......................140
Winncom Technologies Corp. ..............144

## Web 2.0
Edgewater Technology Inc..................1118
Milestone Internet Marketing, Inc......312

## Web Conferencing
Hotel Interactive Network...................1830
PAETEC................................................835

## Web Content Development
Hospitality Sales & Marketing
   Association International...............1339
Lodging Hospitality ...........................1220
LogicLink, Inc. ...................................1142
Milestone Internet Marketing, Inc......312
Realview TV ........................................164

EX 4   PG 29

# EXHIBITORS | *By Product*

**Website Development/Design**

Cendyn...................................639
clubsystems group (CSG) ..................1321
Cybage Software Private Limited........344
Edgewater Technology Inc................1118
Hotel Interactive Network.................1830
ISPN........................................908
Jonas Software............................501; 1321
Lodging Hospitality.....................1220
Milestone Internet Marketing, Inc........312
Northstar Club Management Software1321
Pegasus Solutions, Inc..................1113
Realview TV ...........................164
RSI-RoomKey PMS ....................933
Sabre Hospitality Solutions .................913
Travel Tripper.......................1415
Wifi-soft Solutions .....................1811

**WiFi**

Activision TV Inc........................1030
AirWatch................................1331
Aruba Networks......................1715
AT&T Wi-Fi Services .....................1531
at-visions.............................1137
AVT Integrated Solutions ...............1147
BelAir Networks......................1627
Bittel Americas.......................441
Business Only Broadband LLC...........141
CallTek Center International, Inc........1827
CLC Networks......................753
Comcast Cable.........................1615
Datanamics Non Stop Networks..........707
Datatrend Technologies Inc..............600
Deep Blue Communications...............1829
DirectStreams ........................739
Enseo, Inc............................1018
Guest Direct..........................148
Guest-tek............................548
GuestWifi, A Division of Spot On
    Networks .........................1809
HD Communications Corp................130
Hotel Internet Services..................1222
HUGHES..............................938
iBAHN.................................221
innAcloud Technologies .................550
InnFlux HSIA .........................120
Intello Technologies Inc................1125
Just In Time Communications...........1253
Meraki, Inc..........................1826
Meru Networks ......................1032
Motorola Solutions ..................1249
Nomadix .............................1218
Ovation Networks, Inc................1713
Ruckus Wireless .....................1019
Sawyers Company....................139
Singapore Hospitality Technology
    Consortium .....................1532
Single Digits Inc. ....................750
Sunray...............................1213
Superclick Networks ...................537
Swisscom Hospitality Services........151
TeleAdapt Inc. .......................521
TigerTMS plc .........................110

ValuePoint Networks ...............807
WAV Wirless Outfitters...................140
Wifi-soft Solutions .....................1811
Winncom Technologies Corp. ............144
XETA Technologies.....................308
Zhone Technologies......................520

**Wireless Communications**

Airband Communications ................1828
Aruba Networks.....................1715
Ascom (US) Inc........................527
AVAYA...............................937
Bartech Systems International ............446
BelAir Networks.....................1627
Beverage Metrics, Inc...................1306
Business Only Broadband LLC...........141
Cables To Go ..........................136
EnOcean Alliance Inc...................1821
GuestWifi, A Division of Spot On
    Networks ........................1809
HD Communications Corp................130
Hospitality Technical Services..............345
Hotel Internet Services..................1222
Incentient..............................1631
innAcloud Technologies .................550
Mitel Corporation ......................531
Motorola Solutions ..................1249
National Purchasing Partners............1312
NEC Corporation of America............1307
Nomadix ............................1218
Ruckus Wireless .....................1019
runtriz ..............................1835
Singapore Hospitality Technology
    Consortium .....................1532
Sprint................................351
Stevens Digital Group ..................1808
Sunray...............................1213
Superclick Networks ...................537
ValuePoint Networks ...............807
VCORE powered by DCI ..............1552
Vecima Networks....................1729
Vocera Communications, Inc.............1121
Winncom Technologies Corp. ............144

**Wireless Device Management**

AirWatch................................1331
Aruba Networks.....................1715
HD Communications Corp................130
Hospitality Technical Services..............345
Hotel Internet Services..................1222
InnFlux HSIA .........................120
LogicLink, Inc.......................1142
Magnum Energy Solutions ..............1047
Meraki, Inc..........................1826
Motorola Solutions ..................1249
Panoptic Technology Inc...............1549
Ruckus Wireless .....................1019
Single Digits Inc. ....................750
Superclick Networks ...................537
Systems Design &
    Development, Inc. (SDD) ..........415
ValuePoint Networks ...............807
Wifi-soft Solutions .....................1811
Winncom Technologies Corp. ............144

**Wireless LAN**

AirWatch................................1331
Alcatel-Lucent.........................715
Aruba Networks.....................1715
AT&T Wi-Fi Services .....................1531
AVAYA...............................937
BelAir Networks.....................1627
CallTek Center International, Inc........1827
Datatrend Technologies Inc..............600
Eleven.................................645
HD Communications Corp................130
Hotel Internet Services..................1222
iBAHN.................................221
InnFlux HSIA .........................120
Intello Technologies Inc................1125
Meraki, Inc..........................1826
Meru Networks ......................1032
Motorola Solutions ..................1249
Nomadix .............................1218
Ruckus Wireless .....................1019
Single Digits Inc. ....................750
Sprint................................351
Sunray...............................1213
Superclick Networks ...................537
Swisscom Hospitality Services........151
TeleAdapt Inc. .......................521
ValuePoint Networks ...............807
VCORE powered by DCI ..............1552
WAV Wirless Outfitters...................140
Wifi-soft Solutions .....................1811
Winncom Technologies Corp. ............144

**Wireless Phones**

AEI Communications Corp. ..............251
Aruba Networks.....................1715
Ascom (US) Inc........................527
CallTek Center International, Inc........1827
HD Communications Corp................130
National Purchasing Partners............1312
NEC Corporation of America............1307
New Voice North America ...............152
Sprint................................351
Vocera Communications, Inc.............1121
Zhuhai Huawang Communication
    Equipment Co., Ltd.................1451

**Workforce Management**

Agilysys...............................607
Attendance on Demand, Inc.............247
Axxess Industries Inc..................831
Evention..............................245
FCS Computer Systems ................839
Infor SoftBrands.......................201
Life|ware .............................551
Motorola Solutions ..................1249
MTech................................825
National Purchasing Partners............1312
OnTrack Performance Tools ...........1518
SAS Institute Inc......................124
SkyWire Media Inc.....................343
TMx Labor Solutions by
    TimeManagement.................516
UniFocus .............................1308
Workforce-Velocity....................653
Zephyr Guest Contact Solutions...........546

EX 4     PG 30

EXHIBIT 5

Activision TV | The Real Interactive Solution                                    Page 1 of 1

Home | Contact Us



- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

## NEWS & EVENTS

"Anna Maria Island Resorts Announces
Joint Venture with Activision TV, Inc."

Anna Maria Island Resorts properties
have become the first flagship
installation for Activision TV's
Interactive In-Room Hotel System in
Florida.

Read More



## PRODUCT PROFILE

**Activision.TV** is a high-definition
digital flat Screen Totally Integrated Multi-Media Computer
Television available in multiple sizes up to 100 inches.
**This Patented Technology is Available Only on
Activision.TV.**

It's All-In-One: This remarkable advancement provides
individual access, or as many as four screens
simultaneously, for word processing, data transfer, internet
access, email, video games and more while you are using
wireless (WI-FI), HDTV, or a DVD on the same screen.



5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: CamTel Multimedia

http://www.activision.tv/home.html                                7/5/2012

EX 5    PG  31



**Home** | **Contact Us**

- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

## ABOUT ACTIVISION

» Introduction | » The Digital Transformation | » Technology Leader | » Market Opportunities | » The Products

## Introduction

Never before has technology change come as quickly as the in the digital media industry. In less than half the time it took television to go from black and white to color, digital technology has converted the next generation of televisions and informational displays.

Activision.TV is a technology company that designs, manufactures, licenses and markets digital flat panel display systems for the hospitality, retail and government markets. Utilizing its patented technology, Activision.TV provides a competitively priced digital Computer Integrated Television (CIT). Activision.TV also offers Digital Media Delivery Systems (DMDS) for use in a wide variety of applications in both the narrowcasting point of purchase (POP) and broadcast (HDTV) markets. Dynamic video and advertising messages can be transmitted digitally to locations anywhere in the world, can be changed in minutes, and varied by location and time of day according to preferences set by the user.

Back To Top

## The Digital Transformation

Broadcasting involves the transmission of signals over the air, by cable and satellite, with the intention of covering a large geographic area. The Federal Telecommunications Act of 1996 mandated that by February 17, 2009, all broadcast signals will be digital instead of the current analog signals sent today. Activision.TV has targeted the hotel/hospitality industry as a priority market for its products and services since most hotels and resorts will now need to begin replacing their old CRT type TV's with modern digital Plasma or LCD systems.

Studies show there are over 2 million hotel rooms in the United States today. Of that number, ten percent (10%) or over 200,000 rooms are being renovated each year in addition to over 100,000 new rooms being added to that inventory. Activision.TV feels that it has a strong marketing position in the Broadcast industry because of its patented Computer Integrated Television (CIT), its Works-in-a-Box (WIB) modular computer component and its Digital Media Delivery System (DMDS) systems which provide a turnkey solution for narrowcast networks.

By next year, 2007, the digital flat panel display market is projected to have combined sales in excess of $88 Billion and reach an amazing 116 million units sold by 2015. There is a large demand for LCD and Plasma displays (PDP) for the Narrowcasting market; i.e. digital delivery of visual content through a centrally managed network of displays. Narrowcasting is vastly superior to static point-of-purchase (POP) displays because it delivers timely and locally targeted advertising / messages at a low cost. Multiple ads can play on a single display and content management can be digitally controlled from a central location, ensuring consistent messages and timely execution on an unlimited number of locations.

Hoteliers, retailers, and brand marketers all understand that customers respond to on-site marketing. A recent study by the Point of Purchase Advertising Institute (POPAI) noted that over 70% of all purchase decisions are made at the point of purchase, with over 60% of those being spontaneous. More effective POP advertising will directly result in higher sales and

profit margins. Narrowcasting is particularly valuable to the hotel, retail, trade show, public venue, casino, transportation, restaurant and sports bar, and consumer packaged goods industries.

Back To Top

## Technology Leader

Any time a new industry is launched, like the digital flat panel display industry, it opens the door for new products and markets. An already explosive marketing opportunity and product demand has now been further enhanced with the addition of the government mandated change-over to digital signals in the next two and one half years.

Activision.TV offers a turn-key solution and one-stop-shop for both its products and services. The Company has a 24-hour help desk which is staffed seven days a week and a service representative available to fix unexpected problems within hours and without hassle to its customers. This total solution is possible in part because of the Company's trained professional staff and its patented Works-in-a-Box (WIB) technology which enables easy field replacement of the modular computer inside the Computer Integrated Television.

Back To Top

## Market Opportunities

Although the digital flat panel display system is a viable solution in a multitude of applications, Activision.TV has initially targeted the hospitality industry in both the narrowcast and broadcast markets.

With the capability to exercise immediate data delivery and recovery, content and promotional changes can be readily adapted to meet the demands of each System manager – both locally and/or at a central corporate location. Activision.TV allow both local properties and advertisers to exploit consumer purchasing habits faster and in more flexible ways complementing efforts to promote local restaurants and services and corporate promotions at the same time. The results are greater guest satisfaction, reduced vacancies through cross-promotion, increased revenues through local and national promotion, and targeted selective promotions to consumers to promote higher-margin products with the flexibility to make changes across an entire property or an entire national network in minutes.

Back To Top

## The Products

Activision.TV is currently in its third generation of design for its three primary products and services: 1) its digital ready Computer Integrated Television (CIT), 2) its patented Works-In-A-Box (WIB) computer, and 3) its Digital Media Delivery Systems. The Company has made significant advances in features, size and weight of each – while at the same time cutting costs and enhancing performance of the hardware and software significantly. The patented WIB concept enables the user to upgrade his display at any time by adding additional components or software at a reasonable cost and virtually eliminating obsolescence. Maintenance problems can be solved quickly with the removable box replaced easily from an on-site spare, or with a new unit express shipped for repairs and returned next day. And connectivity is easy via cable, satellite or internet – with easy local installation via Ethernet or Wi-Fi.

Because the digital flat panel display industry is relatively young, the demand for Activision products and services is varied and immense. And the Company is positioned to capture a significant share of this rapidly growing market because of its patented and state-of-the-art hardware and software systems. The required conversion to digital television is now established. Activision is here to provide simple, proven solutions to this otherwise puzzling transformation. Please call us. We're your solution and we'd like to help.

Back To Top

5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**



- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

Home | Contact Us



## Features:

- High Definition (HDTV) Plasma / LCD Display, w/screen sizes ranging from 35" to 80" (16.9 aspect ratio)

## Input/Output   Combinations Include:

- S-video for camcorder and video game hook up
- Cable/Satellite/Free Air Ready
- RCA Jacks for external audio hookup

EX 5    PG  34

- Intel Mini ITX Motherboard with MPEG-2/4 decoder
- Minimum 160 Gig Hard drive with space for over 100 hours of NTSC/ATSC recording
- Minimum of 2.8 GHz P4 Processor and 512 Megs of DDR RAM
- ATSC (HDTV) Tuner Card for Digital Signals
- DVD Player-CD/CDRW Recorder/Player
- Digital 5.1 Dolby Surround Sound
- Bluetooth® and WIFI Compatible
- Wireless Keyboard and Mouse
- Linux, Windows XP Professional, or Windows Media Center Edition Operating Systems available
- FCC 2005 Compliant Digital Receiver
- Patented HDTV Computer Integrated Television Technology

- ATSC (digital) and NTSC (analog) Signals
- Ethernet RJ-45 Connector
- USB 2.0 Connectors for add on peripherals
- Firewire (1394) Connector for add on peripherals
- VGA Connector for Computer Input

Related Products:

**Computer Integrated Television (CIT)**



5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**

EX 5    PG  35



Home | **Contact Us**

- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

## Give Your Guests:

- Standard TV Programming

- Internet Access

- Video-On-Demand

- E-mail Access

- DVD Plug-In

- Personal Computing Functions

- Personal Laptop Plug-In

- Digital Camera Plug-In

- Gaming & lots More

- Narrowcast Advertising

35" to 80" High Definition (HDTV) Plasma or LCD Screens with a complete range of computer capabilities!

Related Products:

**Works-In-A-Box (WIB)**

EX 5     PG 36

5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**



Home | Contact Us

- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us



Beyond the physical CIT's or WIB's alone, the Activision DMDS includes a complete turn-key solution combining hardware, software, content, content management and connectivity for narrowcast applications. When combined with CIT's and connectivity Activisions Digital Media Delivery Systems offer a one-stop package for creating, managing and delivering narrowcast advertising content and information.

EX 5    PG  38

5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**

Activision.TV | The Real Interactive Solution

- Demo
- About
- Products
- Patents
- Key Industries
- Contact
- Home

7/5/2012

In Room Services

Intro Video

**With Activision you get:**
- Content Creation & Control
- Less Expensive to Operate
- This System is Easily
  Maintained & Upgradable
- New Revenue Streams
- Remote Diagnostic Repair &
  Monitoring
- State-of-the-Art WI-FI



**Works-In-A-Box**

Include our all in one computer
to your hospitality services.
read more...

**Patent Information**

Activision.tv has established a
portfolio of patents that provide
industry dominance for
intellectual property.
read more...

http://www.activision.tv/hospitality/

Page 2 of 2

Activision.TV | The Real Interactive Solution

Only Activision.TV offers the hospitality industry the all-in-one real interactive solution that delivers top-line revenue for the hotel and to the hotel's guests...

Activision's new technology goes beyond the ordinary in-room broadcasting system. Activision, coupled with strategic partners, provides an all-in-one real interactive solution for all your hotel services, including in-room, front desk, restaurants, bars, spa, swimming pool, meeting rooms and gift shop locations.

The Activision System is a high definition flat screen, all-in-one multi-media computer television....

This remarkable advancement provides individual access to a single screen, or as many as four functions simultaneously, for word processing, data transfer, internet access, e-mail, video games, DVD and more while using wireless (WI-FI) and comes HDTV/3D ready.

Activision TV delivers patented, scalable software-centric solutions built around the computer, not the TV. This allows unlimited flexibility in customizing the two-way, interactive digital experience from both the hotel's and the guest's perspective.

• Standard TV Programming
• Internet Access
• Video-On-Demand
• DVD Plug-In

• E-Mail Access
• Narrowcasting Advertising
• Personal Computing Functions

• Personal Laptop Plug-in
• Digital Camera Plug-in
• Gaming and more...

Support • Investment • Careers • Customer Area • 2008 Website
© 2009 Activision Systems, Inc. All rights reserved.
Site developed by: Cam-Bel Media, Inc.

Newsletter

Subscribe

7/5/2012

http://www.activision.tv/hospitality/



- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

## Digital Media Delivery Systems for **Government Applications.**

At Activision.TV, we appreciate the complexity of the government sector. And we know considering a new concept for messaging may not have been what you woke up thinking about. But if Paul Revere had a narrowcast network like this one, the Yankees might have kept the Brits from even leaving the boats! In the U.S., Government is by the people and for the people – and these days, this means getting accurate information to the people really fast. The need is for a digital sign network that is secure, easy to manage and update, and is practical to both install and maintain. Despite their incredible foresight – even the Founding Fathers couldn't have seen this one coming! Yet while the technology is finally here and affordable, there are a number of pieces to this puzzle, from hardware to software to connectivity, installation and maintenance.

In this Age of Information, superb communication is not only helpful, it could be life-saving. And the public relies on government management and systems to keep us up to date. As travelers, visitors and students pour through our airports or mass transit stations, city halls, government buildings or university campuses, it's a real challenge to provide the information they need day in and day out, let alone to update critical messages can change from minute to minute. As if your job isn't tough enough with being there to deal with the schedules you know and plan on – now you've got surprises and new announcements all the time – not to mention the need to present information in a variety of languages. English alone isn't enough anymore. What's needed is an active digital sign network that is versatile, always there, and yet easy to refresh. Oh, yes, and cost-effective. You need a state-of-the-art system that's easy to install and will bring a smile to all who use it – from travelers to managers, visitors to students, officers to staff - right from day one. You need a system with central control to display messages that can be consistent nationally – or can vary state by state, region by region, agency to agency, or even screen by screen. A system that allows you to plan content and schedules weeks, even months in advance, but then lets you change on a dime when you need to.

EX 5    PG    42

The Activision Digital Media Delivery System (DMDS) is the solution. Creating an on-site Activision DMDS (Narrowcast Network) means you have a whole new way to bring exactly the right message to the public on a need-to-know basis – fast and accurately. Several state-of-the-art features include:

- **High Definition (HD) Screen Size Options from 15" to 100"**
- **Wi-Fi local area networking (optional)**
- **Alternate use as Computer Based Training system**
- **Multi-lingual presentations**

- **Internet Wide Area connectivity via Satellite, Cable or DSL**
- **Ceiling, Fixture or Wall Mount options**
- **Still or video presentations**
- **Sound dome options available**
- **System Leasing available**

You could do this on your own - but there are a lot of pieces to this puzzle. Finding the right computers and monitors and then connecting them with a software solution that lets you control your own network. Plus, there's installation and maintenance, replacements and keeping the system current with technology advances that seem to appear monthly if not daily.

The good news is you don't have to worry about the puzzle. Activision.TV' advanced technology solutions have brought a suite of patents together in a single simple product – the Computer Integrated Television (CIT). And by adding our compact patented Works-in-a-Box computer (WIB), CIT's are all-in-one packages that can go virtually anywhere you'd like to put them. This is The Master Piece to the puzzle that ties everything together. And because High Definition LCD or Plasma screens are available in virtually any size, they usually take up less space than a painted sign – or even a light box or older analog monitor. Now, you no longer have to patch and paint the walls where scotch tape wouldn't hold the outdated notice. And, because your systems are turnkey and WiFi ready, you don't even have to break through walls to install new cable! Just plug and play in most locations where venues already have internet available and add a router.

Truth is, Mr. Washington, Activision.TV didn't invent flat panel high definition monitors or the PC – not even the internet. But we've been bringing new ideas to technology for about 14 years, and we've patented several ways to bring these pieces together. You could wait and search for all of them on your own, but we both know the public demand is here now. Besides, why worry about the puzzle when we're your solution! We are an American entrepreneurial firm who's been working on this puzzle for a long time, and now we're ready with a solid, patented solution that can really help where it's needed most. And what could be more patriotic than that?

5400 Yahl Street Suite D | Naples, FL 34109 | **ph: (239)513-9160** | fax: (239)513-1698

Site handcrafted & hosted by: **Cam-Bel Media**
©2006 - 2009 Activision TV, Inc. All rights reserved



- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us



## Marketing in the Market – or Connecting the Spots.

At Activision.TV, we appreciate the complexity of the supermarket business. We know bringing together the myriad of pieces that make up a profitable store is a constant puzzle. As customers alternately saunter and speed through visits – it's a real challenge to present your goods while making purchases 'their idea.' As if your job isn't tough enough – adding effective visual merchandising is the ultimate challenge to getting and keeping control of your bottom line. But we can help, with a state-of-the-art in-store marketing solution that's easy to install and that will bring a smile to customer faces and can add more dollars to the register than it costs, right from day one.

Today's savvy shoppers at all economic levels rely on their supermarket or pharmacy to provide both in-store freshness and competitive pricing. The worldwide web has brought buying and product research to a new, irreversibly intimate place in our lives. But some things still need to be seen and purchased in the store. The challenge is to keep in-store promotion as fresh as the produce and as easy to update as it is to add a roll of register tape. The need is for a system that allows central corporate control with local input. A system that you manage, and one that can generate new revenue from both sponsors and customers at the same time. A system that reports what happens on the screens and allows you to monitor results and change on a dime when you need to.

What's needed is an Activision Digital Media Delivery System (DMDS).

EX 5    PG  44

Creating your own in-house Activision Narrowcast Network means you have an entirely new way to bring exactly the right message to your customers day by day, hour by hour, even minute by minute. Indeed, according to an article in September, 2006 in "Broadcast Engineering," a recent Nielsen Media Research Report concluded that such a supermarket in-store media network resulted in 68% of viewers stating that the digital signs would influence their decision to buy an advertised product!

You could do this on your own - but there are a lot of pieces to this puzzle. Finding the right computers and monitors and connecting them with a software solution that lets you control your own network. Plus, there's installation and maintenance, replacements and keeping the system current. But the good news is that the rewards are worth it and we can make it easy – so you don't have to worry. We're your solution.

Activision.TV' advanced technology is the Master Piece to the puzzle. We've brought a suite of patents together in a single simple product – the Computer Integrated Television (CIT). And by adding our compact patented Works-in-a-Box computer (WIB), CIT's are all-in-one packages that can go virtually anywhere you'd like to put them. And because they're available in virtually any size High Definition LCD or Plasma screen, they usually take up less space than a hand-painted sign – so you don't have to worry that the scotch tape won't hold – or that the customers won't see them. The software is great and not only let's you schedule your Play List weeks and months in advance, it gives you a "proof-of-play" report to verify your sponsors ads were really up there! And because your systems are turnkey and WiFi ready, you don't even have to break through walls to install new cable! Just plug and play in most locations where stores already have internet available and connect a router.

State-of-the-Art features include:

- **High Definition (HD) Screen Options from 15" - 80"**
- **Wireless (WiFi) local area networking (optional)**
- **Alternate use as Computer Based Training system**
- **Multi-lingual presentations**
- **Ceiling, Fixture or Wall Mounting**

- **Internet Wide Area connectivity via Satellite, Cable or DSL**
- **Still or video presentations**
- **Sound dome options available**
- **System Leasing available**

Okay, to put this all in grocery talk – we want you to lettuce help make you more bread. This system is a hot tamale – a real peach! It can help you bring home the bacon if you beef up. The Activision System gives you the whole enchilada and is an antidote for the well-aged corporate wine: "we want more profit." It really takes the cake! Just give those vendor/sponsors a chance to pay to play on your own in-house Point of Purchase System digital sign system. It's sweeter than honey. It's a hot tomato that will help you sell more than the 100 bottles of beer on the wall and could become your new bread and butter. So don't be chicken. You might just make a bushel and a peck!

Listen, Activision.TV didn't invent flat panel high definition monitors or the PC – not even the internet. But we've been bringing new ideas to technology for about 14 years, and we've patented several ways to bring these pieces together. You could wait and search for all of them on your own, but we both know the market demand is here now. Besides, why worry about the puzzle. We have the Master Piece – and we're your solution! (Now orange ya glad you know us!)

5400 Yahl Street Suite D | Naples, FL 34109 | **ph: (239)513-9160** | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**

Activision.TV | Key Industries

- Demo
- About
- Products
- Patents
- Key Industries
- Contact
- Home

**Contact Support**

Contact us with your questions and comments.

# Key Industries

Hospitality    Government    Supermarket



## Hospitality

Broadcasting. It's A New World.

At Activision.TV, we appreciate your hospitality, and we'd like to do something nice for you in return. Something that can bring an extra smile to your guests faces and an extra dollar to your coffers at the same time.

7/5/2012

EX 5    PG  46

Activision.TV | Key Industries

Today's savvy travelers at all economic levels rely on their hotel or resort to provide both in-room entertainment and internet access. The worldwide web has brought staying in touch with family, office, and world events to a new, irreversibly intimate place in our lives. Now, the inevitable marriage of TV and PC has finally happened. And we at Activision.TV would like to help you celebrate.

It's an exciting moment when you can bring a variety of in-room offers to guests right from a single television. Features including:

- Standard TV Programming
- Internet Access
- Video-On-Demand
- E-mail Access
- DVD Plug-In
- Personal Computing Functions
- Personal Laptop Plug-In
- Digital Camera Plug-In
- Gaming And Lots More
- Narrowcast Advertising

But there are a lot of pieces to this puzzle. Finding the right computers and TVs and connecting them with a software solution that lets you control your own network. Plus, there's installation and maintenance.

And we did say digital TV's - right? Since Federal legislation has mandated that all current analog broadcasting will change to d igital by February 17, 2009, older sets just won't work anymore - and this means you've got to start replacing existing models anyway.

The good news is you don't have to worry about the puzzle. We're your solution.

Activision.TV's advanced technology solutions have brought a suite of patents together in a single simple product - The Master Piece - the Computer Integrated Television (CIT). By adding its compact, patented, Works-in-a-Box computer (WIB), CIT's are all-in-one packages that can go virtually anywhere you'd like to put them. And because they're available in virtually any size High Definition LCD or Plasma screen, they usually take up less space than the old TV did - even though they bring a plethora of options to your guests, and meet 2009 digital standards today. This means you can offer private in-room choices at the same time you generate new revenue from a modest daily connection fee. Oh, yes, and did we mention our Systems are WiFi ready so you don't even have to break through walls to install new cable! Just plug and play in most locations which already have internet available and add a router.

http://www.activision.tv/hospitality/key-industries.php

Activision.TV | Key Industries

Sounds like a good frame up! Just replace a picture on the wall with an Activision Computer Integrated Television and that old country landscape becomes a sleek, high definition screen that simultaneously improves guest satisfaction, your image, and your bottom line.

Activision.TV didn't invent the television or the PC - not even the internet. But we've been bringing new ideas to technology for about 14 years, and we've patented several ways to bring these pieces together. You could wait and search for all of them on your own, but we both know the market demand is here now. Besides, why worry about the puzzle when we're your solution!

**Newsletter**

Subscribe

Support • Investment • Careers • Customer Area • 2008 Website
© 2009 Activision Systems, Inc. All rights reserved.
Site developed by: Cam-Bel Media, Inc.

EX 5    PG 48

Page 1 of 3

Activision.TV | Key Industries

- Demo
- About
- Products
- Patents
- Key Industries
- Contact
- Home

**Contact Support**

Contact us with your questions and comments.

# Key Industries

Hospitality    Government    Supermarket



## Government

Digital Media Delivery Systems For Government Applications At Activision.TV, we appreciate the complexity of the government sector. And we know considering a new concept for messaging may not have been what you woke up thinking about. But if Paul Revere had a narrowcast network like this one, the Yankees might have kept the Brits from even leaving the boats! In the U.S., Government is by the people and for the people – and these days, this means getting accurate information to the people really fast. The need is for a digital sign network that is secure, easy to manage and update, and is practical to both install and maintain. Despite their incredible foresight – even the Founding Fathers couldn't have seen this one coming!

7/5/2012

http://www.activision.tv/hospitality/key-industries.php

Activision.TV | Key Industries

Yet while the technology is finally here and affordable, there are a number of pieces to this puzzle, from hardware to software to connectivity, installation and maintenance.

In this Age of Information, superb communication is not only helpful, it could be life-saving. And the public relies on government management and systems to keep us up to date. As travelers, visitors and students pour through our airports or mass transit stations, city halls, government buildings or university campuses, it's a real challenge to provide the information they need day in and day out, let alone to update critical messages can change from minute to minute. As if your job isn't tough enough with being there to deal with the schedules you know and plan on – now you've got surprises and new announcements all the time – not to mention the need to present information in a variety of languages. English alone isn't enough anymore. What's needed is an active digital sign network that is versatile, always there, and yet easy to refresh. Oh, yes, and cost-effective. You need a state-of-the-art system that's easy to install and will bring a smile to all who use it – from travelers to managers, visitors to students, officers to staff - right from day one. You need a system with central control to display messages that can be consistent nationally – or can vary state by state, region by region, agency to agency, or even screen by screen. A system that allows you to plan content and schedules weeks, even months in advance, but then lets you change on a dime when you need to.

The Activision Digital Media Delivery System (DMDS) is the solution. Creating an on-site Activision DMDS (Narrowcast Network) means you have a whole new way to bring exactly the right message to the public on a need-to-know basis – fast and accurately. Several state-of-the-art features include:

- High Definition (HD) Screen Size Options from 15" to 100"
- Wi-Fi local area networking (optional)
- Alternate use as Computer Based Training system
- Multi-lingual presentations
- Internet Wide Area connectivity via Satellite, Cable or DSL
- Ceiling, Fixture or Wall Mount options
- Still or video presentations
- Sound dome options available
- System Leasing available

You could do this on your own – but there are a lot of pieces to this puzzle. Finding the right computers and monitors and then connecting them with a software solution that lets you control your own network. Plus, there's installation and maintenance, replacements and keeping the system current with technology advances that seem to appear monthly if not daily.

The good news is you don't have to worry about the puzzle. Activision.TV's advanced technology solutions have brought a suite of patents together in a single simple product – the Computer Integrated Television (CIT). And by adding our compact patented Works-in-a-Box computer (WIB), CIT's are all-in-one packages that can go virtually anywhere you'd like to put them. This is The Master Piece to the puzzle that ties everything together. And because High Definition LCD or Plasma screens are available in virtually any size, they usually take up less space than a painted sign – or even a light box or older analog

http://www.activision.tv/hospitality/key-industries.php

Activision.TV | Key Industries

Page 3 of 3

monitor. Now, you no longer have to patch and paint the walls where scotch tape wouldn't hold the outdated notice. And, because your systems are turnkey and WiFi ready, you don't even have to break through walls to install new cable! Just plug and play in most locations where venues already have internet available and add a router.

Truth is, Mr. Washington, Activision.TV didn't invent flat panel high definition monitors or the PC – not even the internet. But we've been bringing new ideas to technology for about 14 years, and we've patented several ways to bring these pieces together. You could wait and search for all of them on your own, but we both know the public demand is here now. Besides, why worry about the puzzle when we're your solution! We are an American entrepreneurial firm who's been working on this puzzle for a long time, and now we're ready with a solid, patented solution that can really help where it's needed most. And what could be more patriotic than that?

**Newsletter**

[ ] Subscribe

Support • Investment • Careers • Customer Area • 2008 Website
© 2009 Activision Systems, Inc. All rights reserved.
Site developed by: Cam-Bel Media, Inc.

EX 5     PG  51

Activision.TV | Key Industries

- Demo
- About
- Products
- Patents
- Key Industries
- Contact
- Home

**Contact Support**

Contact us with your questions and comments.

# Key Industries

Hospitality    Government    Supermarket



## Supermarket

Marketing in the Market - or Connecting the Spots. At Activision.TV, we appreciate the complexity of the supermarket business. We know bringing together the myriad of pieces that make up a profitable store is a constant puzzle. As customers alternately saunter and speed through visits – it's a real challenge to present your goods while making purchases 'their idea.' As if your job isn't tough enough – adding effective visual merchandising is the ultimate challenge to getting and keeping control of your bottom line. But we can help, with a state-of-the-art in-store marketing solution that's easy to install and that will bring a smile to customer faces and can add more dollars to the register than it costs, right from day one.

EX 5    PG 52

7/5/2012

Activision.TV | Key Industries

Today's savvy shoppers at all economic levels rely on their supermarket or pharmacy to provide both in-store freshness and competitive pricing. The worldwide web has brought buying and product research to a new, irreversibly intimate place in our lives. But some things still need to be seen and purchased in the store. The challenge is to keep in-store promotion as fresh as the produce and as easy to update as it is to add a roll of register tape. The need is for a system that allows central corporate control with local input. A system that you manage, and one that can generate new revenue from both sponsors and customers at the same time. A system that reports what happens on the screens and allows you to monitor results and change on a dime when you need to.

What's needed is an Activision Digital Media Delivery System (DMDS).

Creating your own in-house Activision Narrowcast Network means you have an entirely new way to bring exactly the right message to your customers day by day, hour by hour, even minute by minute. Indeed, according to an article in September, 2006 in "Broadcast Engineering," a recent Nielsen Media Research Report concluded that such a supermarket in-store media network resulted in 68% of viewers stating that the digital signs would influence their decision to buy an advertised product!

You could do this on your own - but there are a lot of pieces to this puzzle. Finding the right computers and monitors and connecting them with a software solution that lets you control your own network. Plus, there's installation and maintenance, replacements and keeping the system current. But the good news is that the rewards are worth it and we can make it easy – so you don't have to worry. We're your solution.

Activision.TV's advanced technology is the Master Piece to the puzzle. We've brought a suite of patents together in a single simple product – the Computer Integrated Television (CIT). And by adding our compact patented Works-in-a-Box computer (WIB), CIT's are all-in-one packages that can go virtually anywhere you'd like to put them. And because they're available in virtually any size High Definition LCD or Plasma screen, they usually take up less space than a hand-painted sign – so you don't have to worry that the scotch tape won't hold – or that the customers won't see them. The software is great and not only let's you schedule your Play List weeks and months in advance, it gives you a "proof-of-play" report to verify your sponsors ads were really up there! And because your systems are turnkey and WiFi ready, you don't even have to break through walls to install new cable! Just plug and play in most locations where stores already have internet available and connect a router.

State-of-the-Art features include:

- • High Definition (HD) Screen Options from 15" - 80" • Wireless (WiFi) local area networking (optional) • Alternate use as Computer Based Training system • Multi-lingual presentations • Ceiling, Fixture or Wall Mounting • Internet Wide Area connectivity via Satellite, Cable or DSL • Still or video presentations • Sound dome options available • System Leasing available

http://www.activision.tv/hospitality/key-industries.php

Activision.TV | Key Industries

Okay, to put this all in grocery talk -- we want you to lettuce help make you more bread. This system is a hot tamale -- a real peach! It can help you bring home the bacon if you beef up. The Activision System gives you the whole enchilada and is an antidote for the well-aged corporate wine: "we want more profit." It really takes the cake! Just give those vendor/sponsors a chance to pay to play in your own in-House Point of Purchase System digital sign system. It's sweeter than honey. It's a hot tomato that will help you sell more than the 100 bottles of beer on the wall and could become your new bread and butter. So don't be chicken. You might just make a bushel and a peck!

Listen, Activision.TV didn't invent flat panel high definition monitors or the PC -- not even the internet. But we've been bringing new ideas to technology for about 14 years, and we've patented several ways to bring these pieces together. You could wait and search for all of them on your own, but we both know the market demand is here now. Besides, why worry about the puzzle. We have the Master Piece -- and we're your solution! (Now orange ya glad you know us!)

Support • Investment • Careers • Customer Area • 2008 Website
© 2009 Activision Systems, Inc. All rights reserved.
Site developed by: Cam-Bel Media, Inc.

**Newsletter**

Subscribe

7/5/2012



**Home** | **Contact Us**

- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

The company has established a portfolio of patents that provide industry dominance for intellectual property. The list of issued patents includes:



| Description | Patent No. | Status |
|---|---|---|
| Remote Control Electronic Display System | US 6,215,411 B1 | Issued April 10, 2001 |
| Remote Control Electronic Display System | US 6,384,736 B1 | Issued May 7, 2002 |
| High Resolution Digital Display System with Recording Capability | US 7,064,672 B2 | Issued June, 20 2006 |
| Remote Control Electronic Display System | US 7,369,058 | Issued May 6, 2008 |

Additionally, The Company has seven (7) patents pending with over two hundred (200) combined claims which will expand and reinforce the portfolio.

5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**



- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

## CONTACT US

| | | |
|---|---|---|
| * | Name | |
| * | Company | |
| * | Title | |
| * | Email | |
| * | Address Line 1 | |
| | Address Line 2 | |
| * | City | |
| * | State | |
| * | Zip Code | |
| * | Phone | |
| | How did you hear about us: | Tradeshow / Newspaper / Postcard / Search Engine / Word Of Mouth / Other |
| | Questions or Comments | |

Send Email

5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698
©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted &
hosted by: **Cam-Bel Media**

# EXHIBIT 6



Home | Contact Us

- About Activision
- Products & Services
- Key Markets
  - Web-Box
- Patent Information
  - Contact Us

## NEWS & EVENTS

"Anna Maria Island Resorts Announces Joint Venture with Activision TV, Inc."

Anna Maria Island Resorts properties have become the first flagship installation for Activision TV's Interactive In-Room Hotel System in Florida.

Read More



## PRODUCT PROFILE

**Activision.TV** is a high-definition digital flat Screen Totally Integrated Multi-Media Computer Television available in multiple sizes up to 100 inches. **This Patented Technology is Available Only on Activision.TV.**

It's All-In-One: This remarkable advancement provides individual access, or as many as four screens simultaneously, for word processing, data transfer, internet access, email, video games and more while you are using wireless (WI-FI), HDTV, or a DVD on the same screen.



5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698

©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted & hosted by: **CamTel Multimedia**



- About Activision
- Products & Services
- Key Markets
- Web-Box
- Patent Information
- Contact Us

## NEWS & EVENTS

"Anna Maria Island Resorts Announces Joint Venture with Activision TV, Inc."

Anna Maria Island Resorts properties have become the first flagship installation for Activision TV's Interactive In-Room Hotel System in Florida.

Read More



## PRODUCT PROFILE

**Activision.TV** is a high-definition digital flat Screen Totally Integrated Multi-Media Computer Television available in multiple sizes up to 100 inches. **This Patented Technology is Available Only on Activision.TV.**

It's All-In-One: This remarkable advancement provides individual access, or as many as four screens simultaneously, for word processing, data transfer, internet access, email, video games and more while you are using wireless (WI-FI), HDTV, or a DVD on the same screen.



5400 Yahl Street Suite D | Naples, FL 34109 | ph: (239)513-9160 | fax: (239)513-1698

©2006 - 2009 Activision TV, Inc. All rights reserved

Site handcrafted & hosted by: **CamTel Multimedia**

# EXHIBIT 7



Best Of | Favorites & Replies | Customize | Start a New Board

**Stocks A to Z / Stocks A / Activision, Inc. (ATVI)**

UnThreaded | Threaded | Whole Thread (1) | Ignore Thread

Author: INVESTIgator49

Subject: Activision.TV

Post New | Post Reply | Reply Later | Create Poll

Number: 1386   of 1453

Date: 2/15/2011 9:31 AM

Report this Post | Recommend It!

Recommendations: 0

When I saw this article on portfolio news (Activision Blizzard is in my portfolio) I was curious how it was that this company could use the same name as our Activision. Maybe the .TV makes the difference but it mixed me up.

Just thought I would mention this in case anyone else is puzzled by this.

Long on Activision Blizzard.



# EXHIBIT 8

**Dividend Stocks for 2013** Six solid dividend stocks to give your portfolio an income boost. WealthyRetirement.com/Income

**Dividend Top Dogs 2013** These Top 10 Dividend Payers Will Smash the Competition to Pieces! www.dividendsandincomedaily.com

**New Monster Pick Coming** Excellent 2013 Track Record. Sign Up For This Penny Stock Alert! www.DisruptiveStocks.com

**Retirement Annuity Income** 7% Guaranteed LifeTime Income. Reduced Risk For Retirees Here. AdvisorWorld.com/Retirement Incor

AdChoices ▷

# The Street

Try Jim Cramer's
Action Alerts PLUS

Press Releases                                                                                          ▶Return to Article

## TIE Technologies' Whirlwind Media Signs Agreement With Activision.TV, Inc.

**GlobeNewswire**

02/15/11 - 08:36 AM EST

NEW YORK, Feb. 15, 2011 (GLOBE NEWSWIRE) -- TIE Technologies, Inc. (Pink Sheets:TTCS), a diverse technology holding company focused on proprietary smart logistics for Homeland Security, environmental and disaster remediation, telemetrics, and advanced IT solutions, today announced that its Whirlwind Media Services, Inc. subsidiary has signed a new two year Agreement with Activision.TV Inc.

Whirlwind Media Services has been engaged to generate the next generation of content for Activision.TV and was named Advertising Agency of Record for Activision.TV. Activision.TV's technology provides a single source solution for the rapid and flexible deployment of narrowcast and broadcast content and promotional information that is used in hotels, retail and government sectors.

The narrowcast market is a growing multi-billion dollar industry. In the last three years, it has experienced a growth rate of 12-18% according to InfoTrends. The expansion of these services into public spaces and service areas, such as transportation hubs continues to expand and provide clear examples of the potential in this market. The content quality and the ability to provide flexible and rapid changes to the content from local and central locations is a critical factor for the advertisers utilizing this medium.

David Gothard, Activision.TV CEO, commented, " At Activision.TV we're bringing the latest technology to the consumers and we are now teaming up with Microsoft, AMD and Flex Tronics to build a set top box of the future. Coupled with the award winning services of Whirlwind to deliver the content, we are poised to dominate this market."

For more information, please visit www.activision.TV

Graham Mew, President of Whirlwind Media Services, added, "We've been working with the Activision.TV team since 2006 and we are very excited to extend our services to design and deliver the content for Activision.TV and their clients. This relationship also enables us to showcase our talents to industry leaders – both the customers and partners of Activision.TV."

ABOUT ACTIVISION.TV

Activision.TV is a technology company that designs, manufactures, licenses and markets digital flat panel display systems for the hospitality, retail and government markets. Utilizing its patented technology, Activision.TV provides a competitively priced digital Computer Integrated Television (CIT). Activision.TV also offers Digital Media Delivery Systems (DMDS) for use in a wide variety of applications in both the narrowcasting point of purchase (POP) and broadcast (HDTV) markets. Dynamic video and advertising messages can be transmitted digitally to locations anywhere in the world, can be changed in minutes, and varied by location and time of day according to preferences set by the user.

ABOUT WHIRLWIND MEDIA SERVICES

Whirlwind Media Services provides application and website hosting and is a single source multimedia marketing and web design company, offering its clients innovative and dynamic sales & marketing campaigns, interactive video & graphic design, and Internet-based marketing solutions. Whirlwind boasts a who's who list of Fortune 500, mid-and-small-cap, and small business clients. Whirlwind's motto – regardless of size and industry is "customer first." For additional information, please visit www.whirlwindms.com

ABOUT TIE TECHNOLOGIES, INC.

TIE Technologies is a diverse holding company specializing in science and technology driven companies. Their portfolio of companies are focused on proprietary smart logistics for Homeland Security, environmental and disaster remediation, telemetrics, and advanced IT solutions. TIE Technologies is traded on Pink Sheets under the symbol "TTCS." For additional information, please visit www.tietechnologies.com

FORWARD-LOOKING STATEMENTS

The information contained herein includes forward-looking statements. These statements relate to future events or to our future financial performance, and involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance, or achievements to be materially different from any future results, levels of activity, performance or achievements expressed or implied by these forward-looking statements. You should not place undue reliance on forward-looking statements since they involve known and unknown risks, uncertainties and other factors which are, in some cases, beyond our control and which could, and likely will, materially affect actual results, levels of activity, performance or achievements. Any forward-looking statement reflects our current views with respect to future events and is subject to these and other risks, uncertainties and assumptions relating to our operations, results of operations, growth strategy and liquidity. We assume no obligation to publicly update or revise these forward-looking statements for any reason, or to update the reasons actual results could differ materially from those anticipated in these forward-looking statements, even if new information becomes available in the future. The safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995 protects companies from liability for their forward-looking statements if they comply with the requirements of the Act.

```
CONTACT: TIE Technologies, Inc.
         Investor Relations Contact
         212-334-3020
         investor.relations@tietechnologies.com
```

**Visit TheStreet for more great features**

**THESTREET PREMIUM SERVICES**

From the action-oriented investing ideas of *Action Alerts PLUS* by Jim Cramer to the expert technical trading strategies of Helene Meisler's *Top Stocks*, TheStreet offers a range of premium services to help boost your portfolio's performance. View now.

**EXPERT ADVISORS ALERTS DELIVERED TO YOUR INBOX**

*Action Alerts PLUS*: Cramer's personal portfolio, emails before he acts.
*Real Money*: 70+ experts share their top investing ideas and analysis.
*Stocks Under $10*: Alerts identify undervalued stocks with profit potential.

**FREE NEWSLETTERS**

Get an edge on the market with the help of free email newsletters like Jim Cramer's *Daily Booyah!*. Learn about the day's major market events, companies that sizzled or fizzled and lots more that can help you make more profitable investing decisions. Sign up.

**Sponsored Links**

**Veterans Administration**
2.05% 30 Year Fixed VA Loan Refinance. All Loan Amounts Qualify Now!
VeteranLoanAdministration.com


**Top 3 Stocks for 2013**
3 Companies with Outstanding Growth Potential.
www.TheStockReport.com


**U.S. Stocks Breaking News**
Real "Star Trek" Medical Scanner Diagnoses Patient Health in Seconds.
www.gfiz.com


**Frontrun a Revolution**
Own the Stock Poised To Create a New Generation of Millionaires.
www.EmergingPennyStocks.com

**Brokerage Partners**


Trade free for 60 days with TD Ameritrade

$100 in Transfer Fees Refunded. No Set-Up Fees. No Annual Fees.

About Us | Investor Relations | Advertise | Reprints | Customer Service | Employment | Privacy Policy | Topic Archive | Video Sitemap | Terms of Use | Made in NYC | Data

**The Street**

© 2013 TheStreet, Inc. All rights reserved.

# EXHIBIT 9

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR    U.S. Edition

Subscribe:Digital / Home Delivery | Log In | Register Now | Help

## The New York Times

Search All NYTimes.com  [ Go ]

Capital One

# Video Games

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

ART & DESIGN | BOOKS | DANCE | MOVIES | MUSIC | TELEVISION | THEATER | VIDEO GAMES | EVENTS

WATCH TRAILER    NOW IN FULL SWING    ONLY ON NETFLIX

CRITIC'S NOTEBOOK

## Consoles Moving Into Next Generation



Lloyd Miller

Log in to see what your friends are sharing on nytimes.com. Privacy Policy | What's This?    Log In With Facebook

### What's Popular Now

From the Mouths of Babes

Queens Boy, 13, Wins Scripps Spelling Bee With 'Knaidel'

WATCH TRAILER    ONLY ON NETFLIX

By STEPHEN TOTILO
Published: May 26, 2013

REDMOND, Wash. — On a gray day here last week, Microsoft officials welcomed a few hundred people into a tent pitched on a soccer field at the company's headquarters. Microsoft was unveiling an appliance, the Xbox One, which takes up about as much room as a lazy house cat and is designed to be plugged into a television.

It is the latest in a generational line of Xboxes, PlayStations and Nintendos to arrive in the past quarter-century. To dedicated gamers, each generation is as relevant and real a part of the calendar as an Olympiad or a presidential election cycle. Gamers argue about which one is the best.

But the previous generation has stretched on longer than those before it and segues into the next at a time when there might be a meteor in the sky. Serious people discuss whether these new consoles, facing competition from cellphones and tablets,

**Connect With Us on Twitter**
Follow @nytimesarts for arts and entertainment news.

Arts Twitter List: Critics, Reporters and Editors

**Arts & Entertainment Guide**
A sortable calendar of noteworthy cultural events in the New York region, selected by Times critics.
Go to Event Listings »

FACEBOOK
TWITTER
GOOGLE+
SAVE
E-MAIL
SHARE
PRINT
REPRINTS

A New Comedy

MOST E-MAILED    MOST VIEWED

1. A New Step in Wrestling With the Bra

2. PAUL KRUGMAN
From the Mouths of Babes

3. A Lone Voice Raises Alarms on Lucrative Diabetes Drugs

4. FRANK BRUNI
The Gift of Siblings

5. TOOL KIT
Roam the World and Keep the Cellphone on a Budget

6. ANDREW M. GREELEY, 1928-2013
Priest, Author, Scholar, Scold

7. OP-ED GUEST COLUMNIST
Belief Is the Least of Faith

8. DAVID BROOKS
The Romantic Advantage

THOMAS L. FRIEDMAN

might be endangered. Untethered from a television, mobile devices — which
draw hundreds of millions of people to distraction with Angry Birds, Clash of
Clans and Temple Run — make gaming more convenient. The home console's
appeal is dependent on the notion that gaming on a television still matters.

The industry is at the start of its eighth console generation: the Xbox One,
Sony's PlayStation 4 and Nintendo's Wii U. The Microsoft and Sony machines
are planned for release this year; Nintendo's device shipped in November, for
the 2012 holiday season. Generations typically last a half-decade and are
preceded by the promise that the new, ever more powerful devices will
improve the world's youngest major creative medium, make their
manufacturers a lot of money and in some way reconfigure living rooms
across the world.

The point of an Xbox is to "bring the things you love to life," Don Mattrick,
Microsoft's chief of interactive entertainment, said in an interview outside the
Xbox One tent. "You love entertainment. You love TV. You love games. This is
going to be the premium experience for enjoying those things."

Mr. Mattrick's challenge, like that of his counterparts at Sony and Nintendo,
is to convince people that the game console and its ubiquitous controllers
aren't going the way of the landline telephone or, in a threat that hits closer to
home, the arcade machine. Just a few decades ago the home console was an
upstart. By the late 1990s it was unseating arcade machines, gobbling the
public's attention the way Pac-Man used to gobble all those dots (and
quarters). Consoles like the Nintendo 64 and the Sony PlayStation brought
the graphics and sounds of arcade-caliber gaming home and improved on
them by offering richer, deeper worlds to play in.

The outgoing console generation started in 2005 with Microsoft's Xbox 360.
Sony's PlayStation 3 followed a year later, as did Nintendo's Wii, with a
motion-sensitive controller that turned it into a cultural phenomenon. In an
age when iPhones are displaced every year, 2005-era console technology is
nearly Paleolithic. It's a testament to the ability of programmers to squeeze
performance out of an established hardware standard that new games on the
Xbox 360 can still look and sound impressive in 2013.

Proponents of consoles argue that most mobile games, while increasing in
appeal, lack key qualities of console gaming. "They're very bite-sized, very
light on the story, very light on the emotions and the different things that a
proper sit-down-on-your-couch-with-a-50-inch-screen-and-surround-sound
experience can provide," said Scott Rohde, who leads the highly regarded in-
house American game development studios for Sony PlayStation.

Microsoft's vision for the Xbox One extends beyond gaming. It is designed to
switch from playing games to showing cable television with a snap of the
fingers. Older consoles simply played games, but newer ones are designed to
play television shows and movies.

That shift in focus has been gradual but definite at Microsoft, which added
one of its most popular features to the Xbox 360, the ability to stream movies
through Netflix, in 2008. At the tent event Mr. Mattrick, a former video game
designer, announced a deal with the N.F.L. that would empower the Xbox One

9.    How to Get a Job

10.   Income-Based Diversity Lags at Some
      Universities

Go to Complete List »          Show My Recommendations



Madoff home for sale

ALSO IN VIDEO »
Op-Docs: Ode to bike sharing
In Performance: Larry Pine

nytimes.com                           VIDEO

The New York Times PREMIUM CROSSWORDS    GET ONE MONTH FREE    TRY IT NOW

Ads by Google              what's this?

2013 Best Skin Tighteners
An Unbiased Review List of The Top
Performing Skin Tighteners In 2013
www.SkinCareSearch.com/FaceLifting

Case 2:12-cv-08964-CAS-JEM    Document 60    Filed 06/03/13    Page 77 of 80   Page ID
#:1732

to display an interactive fantasy league application on the right side of a TV
while the left side displayed a live football game.

Mr. Rohde and Mr. Mattrick may be rivals in the current console generation,
but they are joined by colleagues on both sides who argue that the increased
horsepower and technical flash of new consoles can make video game
characters appear to be more realistic and increase a player's emotional
engagement. They suggest that better technology enables greater aesthetic
achievement in their medium. This is by no means a settled point, nor even a
universally shared belief of what it takes to advance the artistry of games.
That view was in fact recently mocked at a recent conference for game
creators by the independent developer Chris Hecker, who played a reel of
proclamations by top console game developers who claimed that more
powerful technology would beget more emotionally sophisticated gaming.

Mr. Rohde acknowledged that one of the more emotionally affecting games of
last year, a graphically simple, narrative-heavy spinoff of the zombie comic
and TV show "The Walking Dead," could run on numerous platforms, from
consoles to cellphones. He considers that game an exception and cited the
PlayStation 3's forthcoming The Last of Us, a more graphically complex
survival adventure set in a nearly photorealistic ruined United States, as an
example that requires a powerful console.

Mr. Rohde also pointed to economics, saying that the low prices of many
mobile games (around $1) restrict development budgets to a fraction of those
for lavish $60 console games.

Microsoft, Sony and Nintendo have all begun courting independent game
creators for their consoles. A common selection for 2012 game of the year was
a smaller PlayStation 3 exclusive called Journey, a quiet, surreal nature-walk
of a game made by a small team of developers whom Sony signed out of
graduate school. One of the most popular games on the Xbox 360 last year
was the console's version of the PC hit Minecraft, a building-block game
designed nearly single-handedly by a developer in Sweden known as Notch.

For the Xbox One, Mr. Mattrick speaks of a smarter device that recognizes its
users and adapts to them. His team has integrated the console with a new
generation of Microsoft's successful visual and aural sensor Kinect. A result is
something that might seem more futuristic and also a bit strange. The new
Kinect can track gestures, read a player's heart rate by looking at his or her
face, and respond to verbal commands. It must be plugged in for the Xbox
One to operate, though the entire system can be turned off to alleviate
concerns that it might spy on people.

The PlayStation 4 and the Xbox One are both expected to be released this fall,
probably up against new devices from Apple and other mobile competitors.
Games are likely to be popular on all of those machines.

"What's so exciting about this particular time in the history of gaming is that
it's more wild than it's ever been," Mr. Rohde said. "No one on the planet
knows quite where it's going to go."

*Stephen Totilo is the editor in chief of the gaming site Kotaku.com.*

EX 9     PG  66



A version of this article appeared in print on May 27, 2013, on page C1 of the New York edition with the headline: Consoles Moving Into Next Generation.

SAVE    E-MAIL    SHARE

**𝕿** Try unlimited access to NYTimes.com for just 99¢.  SEE OPTIONS »

**Get Free E-mail Alerts on These Topics**

Computer and Video Games                Xbox 360 (Video Game System)

PlayStation 3 (Video Game System)       Nintendo DS (Video Game System)

Ads by Google                                          what's this?

**UNC Kenan-Flagler MBA**
Earn an MBA From UNC's Top Program
Online in 24 Months. Get More Info!
www.OnlineMBA.unc.edu

**INSIDE NYTIMES.COM**                                          ◄  ►

| THEATER » | OPINION » | TRAVEL » | ARTS » | OPINION » | TELEVISION » |
|---|---|---|---|---|---|
| A Little Groucho Marx, a Little King Solomon | **Op-Ed: The Drone War Is Far From Over** Attacks by remote control are alive and well in Pakistan, where they have caused lasting damage in tribal communities. | 36 Hours in Jackson, Miss. | On Tabloid Tours, the View Is Tawdry | **Profits Without Borders** Room for Debate asks: How can the U.S. tax multinational companies without hurting their competitiveness? | Return of 'The Killing' May Help a French Show |

© 2013 The New York Times Company  |  Site Map  |  Privacy  |  Your Ad Choices  |  Advertise  |  Terms of Sale  |  Terms of Service  |  Work With Us  |  RSS  |  Help  |  Contact Us  |  Site Feedback

# EXHIBIT 10


THE WALL STREET JOURNAL

May 21, 2013  1:59 p.m. EDT

## Microsoft Xbox One Launch: True Convergence of Video Games, TV, Media, Web, Communications

By 24/7 Wall St.

Microsoft Corporation (NASDAQ: MSFT) has revealed its new Xbox as a new generation device, calling it the Xbox One as a new generation revealed. The actual Xbox will be a black box and the company chose to launch this game in a Spike TV opening and media webcast, the move seems to be to focus on core gamers as well as on media.

New features include a voice control guide, enabling Skype video calls while watching television, snap mode to move in between multiple programs at once with Explorer running side by side. This will allow you to switch to games and music instantly, or to movies.

As far as how the video game functionality is changing, that comes with a new video game hand controller that was said to be designed by gamers for gamers and a new Kinect feature with advanced camera and reading functions. The company's SmartGlass aims to tie in other hardware devices, enabling your tablet to be a remote control.

What is obvious is that this new Xbox One from Microsoft is aimed at being the first true convergence device from the company at the launch. The Xbox 360 was added to and grown on multiple times. Even if that ends up being the case here for Xbox One, this at least looks like Microsoft's convergence device has arrived.

More details will be available after the 11:00 AM Pacific Time.

MarketWatch

Copyright © 2013 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy • UPDATED 10/18/2011.

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.

OPP002533

EX 10   PG  68